UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br> -vs-<br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State,<br><br>    Defendants. | Case No. 1:20-cv-01271-JPH-DLP |

## NOTICE OF SERVICE OF AMENDED COMPLAINT

Plaintiffs, by counsel, hereby file their notice that on May 4, 2020, by Certified U.S. Mail, postage pre-paid, they served their Amended Class Action Complaint for Declaratory and Injunctive Relief [ECF 6], upon the following Defendants:

Paul Okeson
Indiana Election Commission
302 W. Washington St., E204
Indianapolis, IN  46204

S. Anthony Long
Indiana Election Commission
302 W. Washington St., E204
Indianapolis, IN  46204

Zachary E. Klutz
Indiana Election Commission
302 W. Washington St., E204
Indianapolis, IN  46204

Connie Lawson, Secretary of State
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN  46204

Suzannah Wilson Overholt
Indiana Election Commission
302 W. Washington St., E204
Indianapolis, IN  46204

        Respectfully submitted,

        FINDLING PARK CONYERS
         WOODY & SNIDERMAN, P.C.

        *s/ Mark W. Sniderman*
        Mark W. Sniderman
        151 N. Delaware Street, Ste. 1520
        Indianapolis, IN  46204
        Phone: (317) 231-1100
        msniderman@findlingpark.com

        *One of the Attorneys for Plaintiffs*