UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHERINE BLACK, MARK BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on Behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State,<br><br>    Defendants. | Case No. 1:20-cv-01271-JPH-DLP |

## NOTICE OF APPEARANCE

To: The Clerk of this Court and all parties of record:

I am admitted in this Court, and I appear in this case as counsel for: Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, and Zachary E. Klutz, in their official capacity as members of the Indiana Election Commission, and Connie Lawson, in her official capacity as the Indiana Secretary of State.

            Respectfully submitted,

            CURTIS T. HILL, JR.
            Indiana Attorney General
            Attorney No. 13999-20

Date: May 6, 2020    By: Jefferson S. Garn
            Attorney No. 29921-49

- 2 -

Deputy Attorney General
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Fax:    (317) 232-7979
Email: jefferson.garn@atg.in.gov