# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHERINE BLACK, MARK BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State, <br><br> Defendants. | Case No. 1:20-cv-01271-JPH-DLP |

## NOTICE OF AUTOMATIC INITIAL EXTENSION

Defendants, Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, and Zachary E. Klutz, in their official capacity as members of the Indiana Election Commission, and Connie Lawson, in her official capacity as the Indiana Secretary of State, by counsel, Jefferson Garn, Deputy Attorney General, pursuant to Local Rule 6-1(b), hereby respectfully notifies the Court and Plaintiff of an automatic extension of time of 28 days, up to and including June 15, 2020, in which to respond and show the Court as follows:

1. On April 29, 2020, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief [ECF 1].

2. On May 4, 2020, Plaintiff filed their Amended Class Action Complaint for Declaratory and Injunctive Relief ("Amended Complaint") [ECF 11].

3. On May 4, 2020, Defendants were served with the Amended Complaint, making Defendants' response due on May 18, 2020.

4. The time to respond has not been previously extended.

5. There is currently no case management plan or other deadlines set in this case, and a 28-day extension would not interfere with the initial pretrial scheduled for June 23, 2020.

6. Undersigned counsel requests a 28-day initial automatic extension of time to answer or otherwise respond in this matter, up to and including June 18, 2020.

7. Undersigned counsel contacted Plaintiff's counsel on May 15, 2020, and he agreed to this extension.

WHEREFORE, Defendants respectfully file this *Notice of Automatic Initial Extension* and give notice that Defendants' response to Plaintiff's Amended Complaint is now due on or before June 18, 2020.

Respectfully submitted,
Office of the Indiana Attorney General

Jefferson S. Garn
Attorney No. 29921-49
Deputy Attorney General
*Counsel for Defendants, Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, and Zachary E. Klutz, in their official capacity as members of the Indiana Election Commission, and Connie Lawson, in her official capacity as the Indiana Secretary of State*

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 234-7119
Fax:    (317) 232-7979
Email: Jefferson.Garn@atg.in.gov