UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated,  Plaintiffs, -vs- PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State,  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-01271-JPH-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JEFFREY G. JONES, M.D., M.P.H.

I, Jeffrey G. Jones, M.D., M.P.H., being duly sworn upon my oath and subject to the penalties for perjury, declare I am over the age of eighteen, have personal knowledge of the following matters, would so testify in open court if called to do so, and am competent to render this testimony:

1. I am the Medical Director of Employee Health at Franciscan St. Francis in Indianapolis and am the founding director of Franciscan Travel Well. In my role of Medical Director, I am responsible for overseeing the preventive care of hospital employees and in charge of managing infectious exposures of employees associated with their work. I am a long-term member of the Infection Control committee and am part of a subcommittee that plans for the response to exotic infections such as hemorrhagic fevers. In my role as the director of Travel Well, I develop

preventive protocols for travelers. This involves tracking disease patterns in different parts of the world and developing preventive protocols for travelers to help them stay well. These protocols include vaccines, preventive medicines, personal protective gear, and behavioral changes, depending upon the entity to be avoided. I precept resident doctors and medical students who seek experience in clinical public health. I teach the sections of Global Health and Clinical Tropical Medicine to primary care resident physicians in the Indianapolis area. I frequently lecture on topical issues in infectious diseases. Recently these have included hepatitis A, dengue fever, Zika, Chikungunya, and Covid-19. In addition to my medical degree, I have earned master's degrees in pharmacology, public health, and infectious diseases. I have studied in other parts of the world and hold a diploma in tropical medicine and hygiene from the Universidad Peruana Cayetano Heredia in Lima, Peru. I have completed residency training in Family Medicine and Preventive Medicine. There is no board certification in Tropical Medicine, but I hold a Certificate in Traveler's Health and Clinical Tropical Medicine from the American Society of Tropical Medicine and Hygiene.  My curriculum vitae is attached as Exhibit A.

2.      In December of 2019, a cluster of patients with pneumonias of unknown cause was first noted in Wuhan, China. The pneumonias often caused a severe complication that looked like Adult Respiratory Dysfunction Syndrome (ARDS) and were often fatal. The severity of the condition was similar to what had been seen with Severe Acute Respiratory Syndrome (SARS), but the causative agent was not the same. It was given the name Novel Coronavirus, or 2019-nCoV. (Zhu, 2020).

3.      As of 24 January 2020, at least 830 cases of this infection had been diagnosed in nine countries, including the United States. There was about a 3 percent death rate, and most of the deaths were in people with serious underlying health conditions. (Munster, 2020) Analysis of the virus showed that it was a single stranded, positive sense RNA virus in the genus betacoronavirus. (Zhu, 2020). China quickly shared the genetic sequence of the virus with the rest of the world and reported the condition to the World Health Organization (WHO). Initially, the transmission pattern was not known, but it quickly became evident that it was well transmitted person-to-person. (Chan, 2020; Ghinai, 2020). The name of the virus was changed to SARS-CoV-2 and the disease it causes to Covid-19. (WHO, 11 February 2020).

4.      Although many attempts were enacted to try to contain the virus, it quickly spread within the Hubei province of China, and outside of the country.  Containment techniques included *cordons sanitaire*, traffic restrictions, social distancing, home quarantine, centralized quarantine, and universal symptom survey within Hubei Provence and limiting travel within China and cessation of train service, closure of highways, and cessation of air transport both within and to and from China. (Pan, 2020). This was in effect for 76 days. (Sustaining, 2020).

5.      In spite of the containment efforts, the virus quickly spread around the world, including the United States. (Burke, 2020). Several hot spots of disease activity developed in the United States, most notably in New York City.  Initially, containment efforts were enacted to isolate diseased individuals, trace their contacts, and quarantine the exposed people to prevent further spread.  Testing of patients, a key feature in detection and isolation, was hampered by faulty test kits distributed by the Centers for Disease Control (CDC).  This, along with shortages of essential materials such as swabs and reagents, added more delay to the testing effort. Because of this, sick individuals were not diagnosed and isolated, permitting more spread of the virus to occur in the community at large.  As community spread increased, public health departments were overwhelmed and unable to maintain the practice of contact tracing. (Parodi, 2020).

6.      With the failure of containment, efforts to mitigate, or lessen the transmission of Covid-19 were employed.  The mitigation approaches attempt to: 1.) slow the further spread of the virus, 2.) reduce the anticipated surge in health care use, 3.) provide patients with the right level of care to maximize the likelihood that the majority of patients will only require time-limited home isolation, 4.) expand testing capability to increase available hospital capacity, and 5.) tailor isolation to minimize transmission of SARS-CoV-2.  (Parodi, 2020). All these elements were needed to prevent an overwhelming strain on the health care system.

7.      To slow the spread of the virus, it is critical to understand the mechanics of transmission.  The primary site of infection of Covid-19 is the respiratory tract, and fluids coming from the respiratory tract carry the virus in an infected individual.  These fluids are carried out of the mouth and nose, and form droplets.  The size of the droplets varies.  Large droplets settle

before they evaporate, and land within six feet of the infected person, while small droplets quickly evaporate to form such tiny particles that they can stay suspended. These are called aerosols and can be breathed in after a sick person has moved away. Objects, or surfaces contaminated with the large droplets are called fomites, and if someone touches these, and then touches the mucosa of the eyes, nose or mouth, they can also become infected. (Bourouiba, 2020). The virus on fomites can remain infectious for up to three days, depending upon the material. (van Doremalen, 2020). The risk of becoming infected is a function of dose of exposure and time exposed. The greater the dose of inoculum, the less time is needed to become infected. The infected person introduces the "dose" of inoculum into the environment via breathing, speaking, coughing or sneezing, with each subsequent activity increasing the dose by approximately one order of magnitude. (Stelzer-Braid, 2009). The size of the inoculum needed to infect is unknown but thought to be similar to other Corona viruses (Skinner, 2020). Because this is a new virus to humans, everyone is vulnerable to the infection.

8.      Environmental interventions in the form of insuring high levels of clean air and surfaces are useful in decreasing risk of infection. Air can be made safe by either filtering it though high efficiency filters, passing it under special lights that kill virus with Ultraviolet (UV) light, and/or mixing room air with fresh air from outdoors. Replacing stale air with fresh, processed or filtered air frequently prevents the buildup of aerosols that could include SARS-CoV-2 virus. For this reason, there are ventilation standards that apply to health care facilities and are recommended for public facilities. (ASHRAE, 2020). Because surfaces can easily be contaminated with the large droplets from people's respiration, they represent a hazard and must be disinfected frequently. Thus, in order to minimize risk of Covid-19, one needs to spend the shortest amount of time in the best ventilated, least contaminated environment where the fewest number of people are generating the fewest virus particles. Although SARS-CoV-2 virus or parts of it can be found in the feces, fecal oral transmission's role in transmission is unknown. (Ungaro, 2020).

9.      In order to avoid a surge of Covid-19, which could not only make resources unavailable for Covid-19 patients but also for other patients, it is critical to slow the rate at which new infections occur. This is the "flattening of the curve," a reference to lessening the peak of an epidemiologic curve over time in order to keep the demand for health care below the level of

medical resources available.  If no effective medicines or vaccines exist to treat or prevent an infection, non-pharmaceutical interventions NPI) are used. These are techniques to separate infected from non-infected people.  They run the gamut from keeping people from being physically close enough to easily pass a virus (social distancing, school and  workplace closures, and cancellation of mass gatherings) to techniques for killing or trapping virus before it can infect a new person (hand washing, disinfection of surfaces, face-masks). These techniques have been shown to be effective in respiratory infections (Smith, 2015), including Covid-19.  (Lai, 2020).

10.     Early recommendations from the CDC did not include the wearing of a facemask unless someone were sick.  This was based on the SARS model, where infected people did not shed the virus unless they were symptomatic.  Transmission of SARS-CoV-2 virus in Covid-19 was found to be remarkably different in that 44 percent of transmission was found to occur in pre-symptomatic or asymptomatic people. (He, 2020). Thus, one might be spreading the virus before even realizing that one were infected. Facemasks are quite good at containing the respiratory droplets and aerosols that an infected individual gives off while breathing, talking, or coughing. (Leung, 2020). As such, if there were to be more universal wearing of facemasks, people could effectively protect one another.  A general recommendation was made for everyone to wear them. Indeed, for them to be highly effective, it is necessary for everyone to trap their own droplets in the facemask, necessitating that everyone wear them.   Facemasks can also keep people from touching their mouths and noses, but many people wearing them touch the facemask so much that this benefit is limited.  Face masks are not very effective as filters, as they do not provide a good seal at the junction with the skin.  N95 respirators, on the other hand, are highly effective as filters if properly fit tested and worn. Unfortunately, a shortage of these has made their use, even for health care professionals, rare. The disposable variety of N95 respirators is normally used once and then thrown away.  Innovative sterilization techniques have permitted the limited reuse of these masks. Because medical facemasks and N95 respirators were in great demand, they were soon not available for purchase.  As a result, health care workers commonly become infected. (The Lancet, 2020).

11.     Diagnostic testing is critical to an effective response to Covid-19 infections. As mentioned above, the first PCR test developed by the CDC had technical problems that left our

country with minimal diagnostic capacity. This occurred during a time that the virus was rapidly spreading, and it left the US in a situation where the spread of Covid-19 was beyond our ability to detect it. (Sharfstein, 2020). Initially, very select groups of people who were either at high risk for complications or in a situation where the possibility of spread would have great consequences were allowed to be tested. As testing capability increased, the types of patients who could be tested were liberalized. It was soon discovered that people without any symptoms could test positive, and indeed that they represent a significant risk of silent transmission of the infection. (Cowling, 2020). Indiana ranks in the lowest tier of testing in the US, in the 1,000 to 2,000 tests per 100,000 people range. (Schneider, 2020). Initially, we only had a test that looked at the virus or genetic material from the virus. Later, a test that looks for a sickened individual's antibody response, or serology, was developed. This allows one to see what portion of a population has been infected by Covid-19. In Indiana, that figure is thought to be around three percent. (IU, 2020). This means that 97 percent of Hoosiers are vulnerable to Covid-19.

12.    Epidemiology is the science of studying the determinants and movement of illness. Many of its concepts are well known. For example, the incubation period of an infection is commonly understood as the time it takes someone to become ill after being exposed to an illness. In the case of Covid-19, it is 2 to 14 days with an average of about 5.5. Some concepts are a little more abstract, such as the basic reproductive number: $R_0$ This is an intrinsic characteristic of an infection and is the average number of new infections an infected individual will cause in a vulnerable population. The value can be manipulated through use of NPIs or other interventions, giving us the effective reproductive number $R_e$. The $R_0$ of SARS-CoV-2 is thought to be somewhere between 2 and 6.7. (Wu, 2020). To end an epidemic, it is necessary to get the $R_0$ to a value less than one. This would mean that, in a population, the number of new cases from a current one is decreasing, effectively diminishing the epidemic until it was extinguished. Interventions that could effectively achieve this status would be an effective treatment, a vaccine, or achieving herd immunity.

13.    There is great interest in finding a medicine that could prevent or treat Covid-19. Because medicines that are already on the market and licensed could be put to use more quickly, there has been a special interest in them. Thus far, no medical therapies have been definitively

shown to improve outcomes in patients with Covid-19.  Hydroxychloroquine and chloroquine showed promise in nonrandomized, small trials, and large randomized controlled trials are on-going.  Licensed antivirals including lopinavir/ritonavir, ribavirin, and others have not shown efficacy.  The investigational drug Remdesivir has shown modest success and has been made available for compassionate use. (Sanders, 2020).  There has been great interest in immune modulating drugs since some of the pathology of Covid-19 is related to an overzealous immune response.  An antibody against an important cytokine, tocilizumab, has shown some mild success in survival of seriously ill patients.  Another potential therapy for Covid-19 is the use of convalescent plasma, where the antibodies from people who have recovered from this disease are used to treat people fighting the infection. This technique has been used for years in other diseases. Early studies have provided promising results (Shen, 2020).  If successful, these antibodies might be concentrated and given as prophylactic to high risk patients. (Roback, 2020). Vigorous efforts at researching treatment of Covid-19 are on-going.

14.     Vaccines are the best candidate for long term control of Covid-19.  Developing a vaccine quickly is problematic, the mechanism of effective immune response is not fully understood.  For many infections, antibodies provide the protection, so formulating a vaccine to stimulate the immune system to make antibodies is all that is needed.  Other infections require a different part of the immune system, the cellular immunity arm, for control.  Some infections require both.  As a result, efficacy studies are needed, and are a standard part of vaccine development.  Also, there are many types, or platforms, of vaccines that could be used. (Chen, 2020). It is not clear which one might be preferable.  Finally, vaccines need to be safe.  Some problems might not show up right away, so safety studies take time. (Graham, 2020).  Speed of vaccine development is important, but there are limited shortcuts for efficacy and safety.  To complete all phases, a minimum of 12 to 18 months is generally assumed. Also, the need for cooperation in scaling up the production of vaccines in vast numbers, even prior to licensing, will represent a strategic approach. (Corey, 2020).

15.     Much is written about herd immunity, which can have a variety of meanings.  Here I take it to mean the situation where the risk of infection among susceptible individuals in a population is reduced by the presence and proximity of immune individuals.  It is a way of

breaking the chain of infection. From a population perspective, it is what allows an individual who cannot or won't be vaccinated protection provided that most of the population is vaccinated. Whether the immunity were achieved by natural disease or vaccination would not matter. Mathematically, herd immunity threshold is related to the basic reproductive number, $R_0$. (Fine, 2011). If we calculate the percentage of the population that would need to be protected based on the range of $R_0$ values listed above, it would be between 50 and 85 percent. In Indiana, the prevalence of immunity is approximately 3 percent, meaning that we could not expect protection via herd immunity. This means that, absent some other method of controlling the infection, it is likely to continue. At this point, there does not appear to be a seasonal aspect to the infection. (Lipsitch, 2020; Juni, 2020).

16.     There is great uncertainty about what happens when NPIs have lessened the rate of infection and the majority of the population are vulnerable, and then the NPIs are reduced. Trying to predict what will happen is where modeling comes into play. Specifically, mechanistic models can be built to use information like what percentage of the population is susceptible, exposed, infectious, and recovered from Covid-19, along with other information, to predict a short or long-term epidemiological outcome. A limitation is that they must be built with data, and accurate data are not available for many parameters due to a lack of testing. One attribute the models do share is that, until herd immunity is built and absent an effective treatment or vaccine, as NPIs decrease, the infection will return. The notion is that there will be progressive waves of infection. The speed, amplitude, and frequency of these waves will depend upon how we maintain NPIs. (Aleta, 2020; Holmdahl, 2020). Historically, this was true in the influenza pandemic of 1918, where the second wave was large and more deadly than the first. (Lai, 2015).

17.     The toll on mental health imposed by the Covid-19 pandemic is significant. The American Psychiatric Association have released a poll showing that half of American are anxious about getting the disease and about 40 percent are anxious about dying from it. Americans seem to be evenly split about whether people are being overly cautious or not, with about twenty percent being undecided. (APA, 2020). Behaviors commonly associated with the perceived threat of a pandemic have been seen and include 1.) Denial- "I'm not at risk, or it's a hoax" (US DOE/ORAU); 2.) Alcohol and other substance use (Ellis, 2020), often with associated domestic

violence; 3.) Exacerbations of preexisting mental health symptoms (Moukaddam, 2020); 4.) Attempts to stock or hoard food and other essentials (Banerjee, 2020); 5.) Scapegoating and xenophobia (Parmet, 2020). ; and 6.) Mistrust of authority figures, scientists, and healthcare professionals. (Moukaddam, 2020). The mental health toll of going through a pandemic are wide ranging, substantial, and can be long lasting. (Brooks, 2020). Thus, individual behavior will both continue to be crucial to control the spread of COVID-19 and be shaped by the experience of going through a pandemic.

18.     In summary, the vast majority of Hoosiers are vulnerable to a potentially fatal respiratory disease, Covid-19, that is readily spread from person to person. Recently, the use of NPIs has lessened the amount of disease and rate of deaths, but we are in the process of gradually removing the NPIs, permitting the disease prevalence to slowly increase and forming another wave of Covid-19. Although it is impossible to know precisely how common Covid-19 will be in early November, it is highly likely to still be with us. Unless there is a devastating second wave of disease in late summer, the majority of our population is still likely to be vulnerable to the disease. People vary in their willingness to enter into environments where the disease may be present. Nearly half of our population are anxious about getting the disease. It is difficult to assure someone that it will be safe to enter a polling location. Even if we assume that people will be spaced sufficiently far apart and all surfaces will be periodically disinfected, we still have the problems of ventilation and facemasks. Although the locations used for polling are public spaces, there is no assurance that they will meet the recommended ventilation standards. Universal use of facemasks would significantly lessen the release of infective droplets and aerosols into the environment, but there is no assurance that everyone will voluntarily wear a mask. Indeed, the refusal to wear a facemask has become a political statement. (Stanley-Becker, 2020). In such an environment where there is questionable ventilation and less than universal use of masks, the only other option to protect oneself with relative certainty is to wear an N95 respirator which has been fit-tested. Presently, it is impossible to purchase sufficient respirators for medical professionals, so it is extremely unlikely that they will be readily available for the general population. Even if they were to be found, they must be tested to ensure that they form a good seal on the wearer, and not everyone can achieve a good fit. This has been difficult to do in the medical field but would be almost impossible to do for the general public. Because of fears of disease, the number of volunteers working in the

polling locations may be insufficient, resulting in fewer numbers of polling locations and increased waiting times. As a result of these factors, it is reasonably foreseeable that an asymptomatic or pre-symptomatic voter infected with Covid-19 could introduce the virus into the polling station, where it would represent a danger to other Hoosiers who are present. A reasonable person might well pause if asked to enter into such as situation to conduct their civic duty. For the reasons outlined above, our population should be given option to vote without taking on these risks of Covid-19. Voting by mail would be such an option.

19.    This Declaration does not contain all my anticipated testimony in this matter.


Pursuant to 28 U.S.C. § 1746, I hereby declare under penalties of perjury that the foregoing is true and correct.


6 June 2020
Date

Jeffrey G. Jones, M.D., M.P.H.

## References

Aleta A, Martin-Corral D, Pastore y Piontti A, et al. Modeling the impact of social distancing, testing, contact tracing and household quarantine on second-wave scenarios of the COVID-19 epidemic. Retrieved from https://cosnet.bifi.es/wp-content/uploads/2020/05/main.pdf. Accessed 17 May 2020.

American Psychiatric Association (APA) (2020) New Poll: COVID-19 Impacting Mental Well-Being. Available at https://www.psychiatry.org/newsroom/news-releases/new-poll-covid-19-impacting-mental-well-being-americans-feeling-anxious-especially-for-loved-ones-older-adults-are-less-anxious (accessed 18 May 2020).

ASHRAE Position Document on Airborne Infectious Diseases. 2020. Retrieved from https://www.ashrae.org/File%20Library/About/Position%20Documents/Airborne-Infectious-Diseases.pdf. Accessed on 23 May 2020.

Banerjee DD. The other side of COVID-19: Impact on obsessive compulsive disorder (OCD) and hoarding. Psychiatry Res. 2020;288:112966.

Bourouiba, L. Turbulent Gas Clouds and Respiratory Pathogen Emissions: Potential Implications for Reducing Transmission of COVID-19. JAMA. 2020:323(18); 1837-8.

Burke RM, Midgley CM, Dratch A, et al. Active Monitoring of Persons Exposed to Patients with Confirmed COVID-19 – United States, January–February 2020. MMWR Morb Mortal Wkly Rep 2020;69:245–246.

Chan JFW, S Yuan, KH Kok, et al.  A familial cluster of pneumonia associated with the 2019 novel coronavirus indicating person-to-person transmission: a study of a family cluster. The Lancet. 2020;395:514-23.

Chen, W., Strych, U., Hotez, P.J. et al. The SARS-CoV-2 vaccine pipeline: an overview. Curr Trop Med Rep (2020). https://doi.org/10.1007/s40475-020-00201-6.

Corey L, et al., A strategic approach to Covid-19 vaccine R & D. Science10.1126/science.abc5312 (2020).

Cowling BJ, Leung GM. Epidemiological research priorities for public health control of the ongoing global novel coronavirus (2019-nCoV) outbreak. Euro Surveill. 2020;25(6):pii=2000110.

Ellis M. (2020) Managing stress and addiction during a pandemic.  Retrieved from https://www.altamirarecovery.com/blog/managing-stress-and-addiction-during-a-pandemic. Accessed 18 May 2020.

Fine P, Eames K, Heymann DL, "Herd Immunity": A Rough Guide, Clinical Infectious Diseases, Volume 52, Issue 7, 1 April 2011, Pages 911–916.

Ghinai, I; McPherson, TD; Hunter, JC. First known person-to-person transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in the USA.  The Lancet. 2020;395: 1137-44.

Graham BS, et al., Rapid Covid-19 vaccine development. Science10.1126/Science.abb8923 (2020).

He X, Lau EHY, Wu P et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nat Med 26, 672–675 (2020).

Holmdahl I, Buckee C.  Wrong but useful- what Covid-19 epidemiologic models can and cannot tell us.  NEJM. May 15, 2020 DOI: 10.1056/NEJMp2016822.

IU, https://news.iu.edu/stories/2020/05/iupui/releases/13-preliminary-findings-impact-covid-19-indiana-coronavirus.html

Juni P, Rothenbuhler M, Bobos, P, et al. Impact of climate and public health interventions on the COVID-19 pandemic: A prospective cohort study. CMAJ May 2020, cmaj.200920; DOI: 10.1503/cmaj.200920.

Lai KY, Ng WYG, Cheng FF. The W-Shaped Mortality-Age Distribution of Novel H1N1 Influenza Virus Helps Reconstruct the Second Wave of Pandemic 1918 Spanish Flu. J Pulm Respir Med 2015, 5:2;1-7.

Lai, S, Ruktanonchai NW, Zhou L, et al. Effect of non-pharmaceutical interventions to contain COVID-19 in China. Nature (2020) https://doi.org/10.1038/s41586-020-2293-x.

The Lancet. COVID-19: protecting health-care workers. Lancet. 2020;395(10228):922. doi:10.1016/S0140-6736(20)30644-9.

Leung NHL, Chu DKW, Shiu EYC et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med 26, 676–680 (2020).

Lipsitch M. Will COVID-19 go away on its own in warmer weather? Center for Communicable Disease Dynamics (CCDD) at the Harvard T.H. Chan School of Public Health. 2020.

Moukaddam N, Shah A. (2020). Psychiatrists beware! The impact of Covid-19 and pandemics on mental health. Psychiatric Times,37(3).  Retrieved from https://ccdd.hsph.harvard.edu/ https://www.psychiatrictimes.com/psychiatrists-beware-impact-coronavirus-pandemics-mental-health/page/0/1.  (accessed 18 May 2020).

Munster VJ, Koopmans M, van Doremalen N, van Riel D, de Wit E. A Novel Coronavirus Emerging in China - Key Questions for Impact Assessment. *N Engl J Med*. 2020;382(8):692-694.

Pan A, Liu L, Wang C, et al. Association of public health interventions with the epidemiology of the COVID-19 outbreak in Wuhan, China. JAMA. Published online April 10, 2020. doi:10.1001/jama.2020.6130

Parmet WE, Rothstein M, "The 1918 Influenza Pandemic: Lessons Learned and Not— Introduction to the Special Section", American Journal of Public Health 108;(11) (November 1, 2018): pp. 1435-1436.

Parodi SM, Liu VX. From Containment to Mitigation of COVID-19 in the US. *JAMA*. 2020;323(15):1441–1442.

Roback JD, Guarner J. Convalescent Plasma to Treat COVID-19: Possibilities and Challenges. JAMA. 2020;323(16):1561–1562.

Sanders JM, Monogue ML, Jodlowski TZ, Cutrell JB. Pharmacologic Treatments for Coronavirus Disease 2019 (COVID-19): A Review. *JAMA*. 2020;323(18):1824–1836.

Schneider EC.  Failing the test- the tragic data gap undermining the U.S. pandemic response. NEJM. May 15, 2020.    DOI: 10.1056/NEJMp2014836

Stelzer-Braid S, Oliver B, Blazey AJ, et al. Exhalation of respiratory viruses by breathing, coughing, and talking. J. Med. Virol., 81 (9) (2009), pp. 1674-1679,

Sharfstein JM, Becker SJ, Mello MM. Diagnostic Testing for the Novel Coronavirus. *JAMA*. 2020;323(15):1437–1438.

Shen C, Wang Z, Zhao F, et al. Treatment of 5 Critically Ill Patients With COVID-19 With Convalescent Plasma. JAMA. 2020;323(16):1582–1589.

Skinner M, Barclay W, Ball J, et al. Expert reaction to questions about COVID-19 and viral load Science Media Center.  24 March 2020.  Retrieved from https://www.sciencemediacentre.org/expert-reaction-to-questions-about-covid-19-and-viral-load/

Smith S, Sonego S, Wallen GR, et al. Use of non-pharmaceutical interventions to reduce the transmission of influenza in adults: A systematic review. Respirology. 2015; 20(6):896-903.

Stanley-Becker I.  Mask or no mask? Face coverings become tool in partisan combat.  The Washington Post.  12 May2020.  Retrieved from https://www.washingtonpost.com/politics/in-virus-response-riven-by-politics-masks-are-latest-rorschach-test/2020/05/12/698177d4-93e6-11ea-91d7-cf4423d47683_story.html.  Accessed on 23 May 2020.

Sustaining containment of COVID-19 in China. The Lancet. 395:1230, APRIL 18, 2020.

U.D. Department of Energy/Oak Ridge Associated Universities (US DOE/ORAU).  The psychology of a crisis-how knowing this helps.  Retrieved from https://www.orau.gov/cdcynergy/erc/Content/activeinformation/essential_principles/EP-psychology.htm Accessed 18 May 2020

Ungaro RC, Sullivan T, Colombel JF, et al. What should gastroenterologists and patients know about COVID-19?. Clinical Gastroenterology and Hepatology,2020, in press.

van Doremalen N, Bushmaker T, Morris DH, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med 2020;382:1564-1567.

WHO. www.who.int/emergencies/diseases/novel-coronavirus-2019/technical-guidance/naming-the-coronavirus-disease-(covid-2019)-and-the-virus-that-causes-it.  11 February 2020

Wu D, Wu T, Liu Q, Yang Z. The SARS-CoV-2 outbreak: what we know. Int J Infect Dis In press (2020)

Zhu N, Zhang D, Wang W, et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. *N Engl J Med.* 2020;382(8):727-733.

**Exhibit A**

# JEFFREY GORDON JONES

ADDRESS:          4802 North Pennsylvania Street
Indianapolis, Indiana 46205
(317) 528-8009(work)

## EDUCATION

London School of Tropical Medicine and Hygiene       2001-2006
Degree: M.S., Infectious Diseases

Universidad Peruana Cayetano Heredia, Lima Peru       2-5\1997
Instituto de Medicina Tropical/University of Alabama at Birmingham
Degree: Diploma, Tropical Medicine and Hygiene

University of Michigan, Ann Arbor, Michigan       1987-1989
Degree: M.P.H., Occupational Medicine, August 1989
      Honors/Activities: Dow Fellow, 1987- 1989; Certified in
      Occupational Medicine by American Board of Preventive
      Medicine 1990

St. Francis Hospital Center, Beech Grove, Indiana  46107       1980-1983
Degree: Completion of residency program in Family Practice,
      July 1983. Diplomate, American Board of Family Physicians.
      Honors/Activities: Resident member of medical education
      committee 1982-1983

Indiana University, Indianapolis, Indiana 46202       1979-1982
Degree: M.S., Pharmacology, June 1982
      Honors/Activities: Cumulative GPA 3.9; nominated to Sigma Xi;
      presentation of research to the National Society of Neurosciences,
      November 1980; Lecturer in clinical toxicology

Indiana University, Indianapolis, Indiana 46202       1975-1979
Degree: Doctor of Medicine, May 1979
      Honors/Activities: Cumulative GPA 3.4; Research Fellowship
      Institute of Psychiatric Research, 1976

DePauw University, Greencastle, Indiana 46135       1972-1975
Degree: B.A., Chemistry, May, 1976
      Honors: Graduated Magna Cum Laude, cumulative GPA 3.8;
      Phi Beta Kappa; Phi Eta Sigma; Honorary Rector Scholar

## WORK EXPERIENCE

**St. Francis Travel Well Health Center**                    **1983-present**
747 E. County Line Road, Greenwood, IN  46143

Position: Medical Director
Duties and Responsibilities: I am responsible for the development of preventive protocols for travelers. This includes appropriate vaccines, antimalarial medications, and self-treatment protocols. I also treat sick ambulatory travelers upon their return.  I am the medical director of multiple corporations and missionary organizations. I teach the sections on clinical tropical medicine to primary care resident physicians in the Indianapolis area.

**St. Francis Hospital Center**                    **1983-present**
8111 S. Emerson Avenue, Indianapolis, IN

Position: Medical Director of Employee Health
Duties and Responsibilities: I am responsible for overseeing the preventive care of hospital employees. I am also in charge of managing infectious exposures to employees. I oversee compliance with OSHA regulations. I am a member of the Infection Control committee.

## PUBLICATIONS:

Jones, J.G.King, T.C., (2015) Letter to the Editor:  Latent Mycobacterium tuberculosis infection. New England Journal of Medicine, 373:1178.

King TC, Upfal M, Gottlieb A, Adamo P, Bernachi E, Kadlecek CP, Jones JG, Humphrey-Carothers F, Rielly AF, Drewry P, Murray K, DeWitt M, Matsubara J, O'Dea L, Balser J. (2015) T-Spot.TB Interferon-gamma release assay performance in healthcare worker screening at nineteen US hospitals.  Am J Respir Crit Care Med. 192:367-73.

Jones, J.G. (2010) Malaria Chemoprophylaxis and Travel Immunizations.  American Family Physician, 82:583-4.

Jones, J.G. (2009) Letter to the Editor:  A Pregnant Woman with Fever after a trip to Africa. New England Journal of Medicine, 360:2481-82.

Jones, J.G. (2007) Case Report of a Traveler with *Leishmania Panamensis* Treated with Miltefosine. American Journal of Tropical Medicine and Hygiene, 77:118-9.

Jones, J.G. (1991) The physiological cost of wearing disposable respirator. American Industrial Hygiene Association Journal, 52:219-225.

Jones, J.G. (1991) Ulnar tunnel syndrome, American Family Physician, 44:497-502.

Jones, J.G. (1991) Chasing the Medical Literature (editorial) Family Practice Research Journal, 11 (3): 247-50.

Jones, J.G. (1990) Use of very-low-calorie diets in obesity (editorial) American Family Physician, 42:1254-56.

Elmore, M.F.; Gallagher, S.C.; Jones, J.G.; Koons, K.K.; Schmalhausen, A.W.; and Strange, P.S. (1989), Esophagogastric decompression and enteral feeding following cholecystectomy: a controlled, randomized prospective trial. Journal Perenteral Enteral Nutrition, 13:377-381.

Jones, J.G. and Kovalcik, E. (1988) Goal Setting, A method to help patients escape the negative effects of stress, Postgraduate Medicine, 83:257-261.

Jones, J.G. (1987) Chiggers. American Family Physician. 36:(2): 149-152.

Jones, J.G. (1985) Herpetic whitlow: an infectious occupational hazard. J. Occupational Medicine 27:725-728.

Hochstetler, M. and Jones, J.G. (1985), Filing systems for medical reprints. Indiana Family Practice Residency Journal, 3: 16-18.

Jones, J.G. and Chevalier, R. (1985) Tachycardia in residents responding to cardiac arrests. Family Practice Research Journal, 5: 13-20.

Jones, J.G. and Richter, J.A. (1981), The site of action of naloxone in suppressing food and water intake in rats. Life Sciences, 28:2055-2064.

**PUBLICATIONS, TEXTBOOK CHAPTERS**

Jones, J.G. Pediculosis and Mite Infestations.  In: Taylor's Manual of Family Practice. R.B.Taylor, Editor. 4rd Edition. Wolters Kluwer, 2015.

Jones, J.G. Infectious Mononucleosis.  In: Taylor's Manual of Family Practice. R.B.Taylor, Editor. 3rd Edition. Lippincott Williams and Wilkins. 2008.

Jones, J.G. Helminthic Travel-Related Infections. In: Couturier's Occupational and Environmental Infectious Diseases.  W.E. Wright, Ed. 2nd Edition.  OEM Press 2008.

Jones, J.G.,  Herip, D., Freedman, D. Principles of Travel Medicine. In: A Practical Approach to Occupational and Environmental Medicine, R.J. McCunney, ed. 3rd ed., Lippincott, Phil., 2003.

Jones, J.G., Poplin, E.D.  Selected Disorders of the Musculoskeletal System chapter in Principles and Practice of Family Medicine. R Taylor, ed. 6th ed., 2003

Jones, J.G., Poplin, E.D., Fractures Requiring Special Consideration, Chapter in Manual of Family Practice, Robert B. Taylor, Ed., Little, Brown, and Company, Boston, 2001

Jones, J.G., Helminth Infections.  In: Occupational and Environmental Infectious Diseases. Alain J. Couturier, Ed.  OEM Press, Boston, 2000

**PRESENTATONS, RECENT**

**Tropical Diseases in the Tropics,** Series of lectures regarding practical treatment of patients in areas with limited resources, Chontapuna, Ecuador, Jan. 2017 to 2020.
**Fever in the Returning Traveler,** Presentation at Community Hospital's Global Health Conference Jan. 2017.
**Promiscuous Tropical Diseases in an Ecologically Changing World,**  Keynote speech, Alpha Association of Indiana Phi Beta Kappa Annual Meeting, May 2016.
**Update and Review of Tuberculosis**, Grand Rounds, St. Francis Hospital, Aug. 2015.
**Diagnosis and Treatment of Tropical Diseases in Refugees,**  15 Sept. 2011, IN Health Dept.
**Fever in the Returning Traveler**, February 2011, Feb Fest, Indiana Academy of Physician Assistants, Butler University
**An Update in Travel Medicine and Vaccines**. October 2010, Indiana Association of Occupational Nurses State Meeting
**A Personal View of Neglected Tropical Diseases**, April 2009, Indiana University School of Medicine
**Extraction Techniques for *Dermatobia hominis***, May 2007, Conference of the International Society of Travel Medicine,

**MEDICAL WRITING, VIDEO**
Latex Sensitivity, Jeffrey G. Jones, M.D., 1998

**NATIONAL MEETINGS, RECENT**

Wilderness and Humanitarian Medicine, Sante Fe, May 2016
Clinical Tropical Medicine in India, Velore, India, Jan-Feb 2012
American Society of Tropical Medicine and Hygiene,  2010, 12,13,14, 15, 16. 17, 18, 19.
Case Management of the Complicated Tropical Medicine Patient, Atlanta Georgia 2010
Expedition Medicine National Conference, Washington DC 2010
International Society of Travel Medicine, Innsbruck, Austria 2001, New York 2003, Vancoover 2007
Medical Practice in Countries with Limited Resources, Ifakara, Tanzania, 6/2000
International Society of Travel Medicine Meeting, Montreal, 6/99
Gorgas Expert Course in Tropical Medicine, Lima, Peru, 1/99

**Certifications**

      American Board of Family Practice, 1983, 1990, 1997, 2004

      Certificate in Travel Health, 2003

      American Board of Preventive Medicine, Occupational Medicine, 1990

      Added Qualification in Sports Medicine, 1995

      Medical Review Officer Certification Council, 1993, 1988, 2003

      ASTMH Certificate in Traveler's Health and Clinical Tropical Medicine, 1998


**Memberships**

      American College of Occupational and Environmental Medicine: Infectious Disease
          Committee

      International Society of Travel Medicine

      American Society of Tropical Medicine and Hygiene
          Examination Committee

      American Academy of Family Physicians

**Awards**

      2019 Edward Micon, M.D. Teaching Award, Franciscan Family Medicine Residency

      2017 Wine Scholar Guild, Bordeaux Master Level with Highest Honors

      2012 Dr. Dillip Mathal Award for Excellence in Tropical Medicine, Christian Medical
      College, Velore, India

**Personal Interests**

      Wine Appreciation, Running, French, and Travel