UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BARBARA TULLY, KATHARINE BLACK, | ) | |
| MARC BLACK, SHELLY BROWN, | ) | |
| DAVID CARTER, REBECCA GAINES, | ) | |
| JANICE JOHNSON, ELIZABETH KMIECIAK, | ) | |
| CHAQUITTA MCCLEARY, | ) | |
| KATHERINE PAOLACCI, DAVID SLIVKA, | ) | |
| DOMINIC TUMMINELLO, and | ) | |
| INDIANA VOTE BY MAIL, INC., individually, | ) | |
| and on behalf of those similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | Case No. 1:20-cv-01271-JPH-DLP |
| | ) | |
| PAUL OKESON, S. ANTHONY LONG, | ) | |
| SUZANNAH WILSON OVERHOLT, and | ) | |
| ZACHARY E. KLUTZ, in their official | ) | |
| capacity as members of the Indiana | ) | |
| Election Commission, and | ) | |
| CONNIE LAWSON, in her official | ) | |
| capacity as the Indiana Secretary of State, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF GREGORY SHUFELDT, PH.D.**

I, Gregory Shufeldt, Ph.D., being duly sworn upon my oath and subject to the penalties

for perjury, declare I am over the age of eighteen, have personal knowledge of the following

matters, would so testify in open court if called to do so, and am competent to render this

testimony:

1.      I am an Assistant Professor of Political Science at Butler University. I joined the

faculty of Butler in 2016 after previously serving as an Assistant Professor at the University of

Arkansas – Little Rock for two years. I obtained my Ph.D. in Political Science from the

University of Notre Dame in 2014. My substantive research and teaching interests within

1

American Politics include state and local politics, political parties, and political inequality. I have expertise in comparative U.S. state politics with an emphasis on electoral competition, party competition, preemption, and electoral integrity. My curriculum vitae is attached as Exhibit A.

**Background**

2.      Currently, five states conduct "all-mail elections." These states include Colorado, Hawaii, Oregon, Utah, and Washington. In these states, all registered voters receive a ballot, via mail, ahead of the election without the need to request or apply for a ballot. In addition to placing their ballot in the mail, voters can return their physical ballot via designated voting centers, available polling locations, or designated drop-boxes provided by election authorities. In-person voting is available in these states as well. Oregon was the first to implement this policy for all elections when Oregon voters approved it via citizen initiative in 1998 (National Conference of State Legislatures 2020a; Ballotpedia 2020a).

3.      Three additional states (California, Nebraska, and North Dakota) permit individual counties to choose whether to utilize all-mail or in-person elections (National Conference of State Legislatures 2020a; Ballotpedia 2020a).

4.      Likewise, ten states allow specific types of elections (i.e. special elections, nonpartisan elections, local elections) to conduct elections by mail, while six states allow smaller geographic subunits the opportunity, respectively (National Conference of State Legislatures 2020a; Ballotpedia 2020a).

5.      Beyond the five states that conduct their elections by automatically mailing ballots to eligible voters, an additional twenty-nine states provide "no-excuse absentee voting." In these twenty-nine states, all registered voters are able to request an application to cast an

absentee ballot without justification (National Conference of State Legislatures 2020a; Ballotpedia 2020a).

6.      Indiana, however, is one of sixteen states that does not provide no-excuse absentee voting, and, as such, is one of sixteen states that does not provide all voters the opportunity to vote by mail (National Conference of State Legislatures 2020a; Ballotpedia 2020a).

7.      Within these sixteen states, Indiana is one of eight state (the others being Kentucky, Louisiana, Mississippi, South Carolina, Tennessee, Texas, and West Virginia) that includes being of a certain age as an excuse for voting absentee (National Conference of State Legislatures 2020a; Ballotpedia 2020a).

8.      Indiana Code §3-11-10-24 specifies many allowable excuses to vote absentee including being "an elderly voter." This is defined elsewhere in Indiana Code as a voter age 65 or older.

**VBM and Voter Turnout**

9.      The ability to vote by mail (VBM) is a form of "convenience voting" – a series of electoral reforms, including early voting, same-day registration, and Election Day registration, designed to make the act of voting easier or more convenient.

10.     Theoretically, by reducing the costs of voting for registered voters, VBM ought to increase turnout (Riker and Ordeshook 1968; Karp and Banducci 2000; 2001; Gronke et al 2008; Burden et al 2014).

11.     This is especially noteworthy in Indiana where the costs of voting are comparatively high and voter turnout is comparatively low (Li et al 2018; Szarleta 2019; Ballotpedia 2020b).

12.     While some studies have found evidence that suggests VBM might diminish turnout rates (Kousser & Mullin 2007; Bergman and Yates 2011; Arceneaux et al 2012), the majority of research suggests a positive relationship between VBM and voter turnout (Southwell and Burchett 2000; Southwell 2004; 2009; Gronke et al 2007; Gronke et al 2008; Richey 2008; Gronke and Miller 2012).

13.     More recent studies also point to a positive relationship between VBM and voter turnout (Menger et al 2015; Henrickson and Johnson 2019; Bonica et al 2020; Thompson et al 2020). Menger et al 2015 include a table summarizing the results of "all the major studies on vote by mail elections conducted in the United States in the last 25 years." They conclude that most studies have found a positive relationship between VBM and voter turnout.

14.     Some studies suggest that "pre-existing voters" - those most likely to vote regardless - are the ones taking advantage of VBM (Karp and Banducci 2000, Berinsky et al 2001).

15.     Others find that the benefits are felt among infrequent voters – turning "sometimes" voters into habitual voters (Southwell and Burchett 2000; Gronke et al 2007; Gerber et al 2013; McGhee et al 2019; Bonica et al 2020).

16.     Reducing the costs of voting and getting ballots in the hands of sometimes voters increases the likelihood that they vote in all elections, not just presidential elections. For example, McGhee et al (2019) find that the use of VBM in California is associated with higher rates of voter turnout among young voters, Latinos and Asian-Americans. In Colorado, VBM is associated with higher turnout for all voters, but especially those groups previously less likely to vote – including youth, racial minorities, those with lower levels of education, and those working blue-collar jobs (Atsusaka et al 2019; Bonica et al 2020).

17.     Across many studies, both habitual and less-frequent voters feel the positive benefits of VBM. In particular, voter turnout increases among voters with disabilities, racial minorities, young voters, and those with lower incomes (Vote at Home 2020).

18.     Where available, use of vote-by-mail does not vary across demographic groups, including race, income, educational attainment (Vote at Home 2020; Stewart 2020).

19.     During these hyperpolarized times, election reform is another issue where Democrats and Republicans are pursuing divergent policies and using increasingly heated rhetoric (Hasen 2020). In spite of political rhetoric from partisan actors, there is little evidence to suggest that one political party stands to benefit from increased use of VBM (Karp and Banducci 2000; Berinsky et al 2001; Berinsky 2005; Thompson et al 2020; Epstein and Saul 2020).

20.     Taken together, the scholarly consensus is that VBM increases voter turnout for all voters.

**Advantages and Disadvantages of VBM**

21.     VBM promotes political discussions with others (Richey 2005) which can promote civic engagement and social capital more broadly (Putnam 2000; Huckfeldt et al 2004).

22.     VBM also promotes political competence and crosses partisan boundaries as independent voters are more likely to engage in crosscutting conservations with both Democrats and Republicans; and that less knowledgeable citizens will seek out conversations with peers they consider more politically knowledgeable (Reedy et al 2016).

23.     With more time to consider their ballot, voters seek and gain additional political knowledge and spend more time making educated choices when voting (Szewczyk 2020).

24.     More informed voters, taking more time to complete the ballot are also more likely to complete the entire ballot (Marble 2017; Menger et al 2018). This prevents "roll-off

voting" – where a voter indicates candidate preferences at the top of the ticket, but fails to complete the entire ballot. This is particularly noteworthy in Presidential elections when many non-habitual voters cast ballots (Menger et al 2018).

25.     However, others speak to a related concern that without the assistance of election workers, increased use of mail voting can lead to inequalities in whose ballots may be incomplete or rejected (Alvarez et al 2008; Baringer et al 2020).

26.     Voters are more likely to make small procedural errors (i.e. not signing an envelope, voting for too few or too many candidates for a given office, submitting their ballot late, etc.) than if voting in-person (Alvarez et al 2011, Mann 2014; Stewart et al 2020). As states routinize their use of mail ballots, however, many of these challenges subside (Mann 2014).

27.     One of the perceived downsides to VBM is that voter fraud becomes easier by removing the ballot from the confines of designated polling locations. There is, however, limited evidence to suggest that voter fraud is a pressing problem (Minnite 2010). Voter impersonation – misrepresenting oneself at the polls as another voter is exceptionally rare, almost infinitesimally small occurrence.

28.     Likewise, studies indicate that voter fraud during VBM election is as uncommon as during in-person voting (Levitt 2007; Barreto et al 2020; Weiser and Ekeh 2020; Bowman 2020; Saul and Epstein 2020).

29.     Of particular note, the Heritage Foundation's election fraud database – which has 206 documented cases of fraudulent ballots over the last 29 years – contains thirteen instances in the five VBM states out of millions of ballots cast (Bowman 2020).

30.     A separate analysis found only 491 nationwide instances of absentee ballot fraud over a recent twelve-year period (Weiser and Ekeh 2020). According to a recent Brennan Center

analysis, "it is still more likely for an American to be struck by lightning than to commit mail voting fraud" (Weiser and Ekeh 2020).

31.     While high-profile scandals, like the ballot harvesting on behalf of North Carolina Republican congressional candidate Mark Harris that led to a new election, draw attention – they are the exception rather than the rule (Feldman 2020).

32.     Most states that utilize VMB have developed best practices to protect the integrity of the election process. Many states without VBM utilize these practices as part of how absentee ballots are utilized, such as bar codes on envelopes, identity verification, signature matches, and the opportunity to "cure" discrepancies (Weiser and Ekeh 2020, National Conference of State Legislatures 2020b).

33.     Due to these sorts of best practices, Colorado's VBM system is nationally recognized as a leader in election security (Hawkins 2018). One of the benefits of VBM and absentee voting is that it creates a paper trail. A verifiable paper trail allows states to conduct a post-election audit, which is positively associated with citizens' confidence that their votes are counted fairly (Alvarez, Atkeson, and Hall 2012; Matney 2017; Flavin and Shufeldt 2019).

34.     VBM, however, also poses risks to electoral confidence. While ballots returned by mail often can be processed before Election Day, many voters choose to return their ballots in person (Greene and Ueyama 2015; Menger and Stein 2020). If ballots arrive after Election Day, the outcome of elections may not be immediately known. The late reporting of election results affects voter confidence in the results and the legitimacy of the process (Atkeson and Saunders 2007; Sances and Stewart 2015).

35.     The final key debate about the virtues of VBM is related to cost. While there are notable start-up costs (engaged in next section), VBM is more cost-effective and cheaper than in-

person voting based on studies analyzing Colorado (Pew Charitable Trusts 2016), California (Eberhard 2020), and Oregon (Eberhard 2015).

36.     The start-up or transition costs to accommodate vote-by-mail are non-trivial. These costs include ballot printing, postage costs, instructions, and other best practices to ensure the integrity of the process (Norden et al 2020).

**COVID-19, Indiana, and VBM**

37.     To reiterate, Indiana is one of sixteen states that does not provide all voters the opportunity to vote by mail. Indiana Code §3-11-10-24 specifies thirteen allowable excuses to vote absentee. Indiana voters that do not currently meet one of these categories currently will be forced to cast a ballot in-person during this pandemic.

38.     The coronavirus has not affected Indiana randomly. First, many of the most populated counties have reported a higher number of positive cases. The five counties with the highest volume (Marion, Lake, Cass, Allen, and St. Joseph counties) account for 52% of all of the positive cases in the state (State of Indiana 2020). Positive tests have disproportionally come from African Americans, Latinos, and other racial minorities (State of Indiana 2020).

39.     Using Marion County as an example is helpful to demonstrate the number of voters faced with a choice between their health and exercising their right to vote. As of May 26, 2020, Marion County has reported 9,189 positive cases. This amounts to 29% of the 31,715 positive cases throughout the state.

40.     In the 2016 General Election, the last Presidential election, more than 300,000 Marion County voters cast ballots in person while almost 69,000 cast absentee ballots (Indiana Secretary of State 2020). More than 297,000 Marion County residents have voted in-person on

average across the last four Presidential elections. Likewise, on average, 62,000 Marion County residents voted absentee over the last four Presidential elections.

41.    Some of the above mentioned costs; Indiana already incorporates into their election administration. For example, in 2016, Indiana sent ballots via mail to 20% of registered voters (Rakich 2020).

42.    The state has already waived the absentee criteria for the June primary and received almost half a million requests for ballots (Sikich 2020) demonstrating voter interest in taking advantage of vote-by-mail.

**Estimating the Number of Indiana Voters Unable to Vote By Mail**

43.    Using the average number of Marion County vote cast across the previous four Presidential elections (297,207) as a baseline, I will utilize Marion County as an illustration for the number of voters that currently may not be able to vote by mail in the 2020 General Election under the current policy.

44.    This is the most conservative test that can be applied rather than using the average number of registered voters (660,296) or all Marion County residents over the age of 18.

45.    Almost 13 percent (12.6%) of the voting-age population in Marion County are over the age of 65 (US Census 2020a). If I assume that none of them previously has voted absentee, the most conservative assumption I can make, this amounts to 37,448 voters (297,207 multiplied by 0.126).

46.    Next, 10.4% of Marion County residents are individuals with a disability under the age of 65 (US Census 2020a). If I assume that none of these individuals previously voted absentee, again the most conservative assumption I can make, this amounts to 30,910 voters (297,207 multiplied by 0.104).

47. Using these two criteria, I am left with 228,849 voters (297,207 likely voters – 37,488 voters over the age of 65 taking advantage of absentee voting - 30,910 voters with disabilities using absentee voting for the first time).

48. Specific numbers or documentation for many of the other categories of voters able to cast an absentee ballot is not readily available. However, even if I presume that 50% of these voters meet the other criteria to be eligible to vote absentee according to Ind. Code § 3-11-10-24(a), that is still more than 114,424 Marion County voters that are not eligible to vote absentee.

49. Engaging this same sort of illustration for the entire state results in a similar conclusion. On average, 2,085,315 voters cast ballots in person over the last four Presidential elections (Indiana Secretary of State 2020).

50. Sixteen percent of the population is over the age of 65, and 10% are individuals under 65 living with a disability (US Census 2020b). Working on the assumption that 50% of these remaining voters meet one of the specified reasons for absentee voting, this leaves 775,737 Indiana voters that must vote in person if they would like to vote.

51. Even under an even more conservative estimate and more unlikely scenario that 75% of all remaining likely voters are eligible to vote absentee, this still leaves 387,868 Indiana likely voters without the opportunity to cast a ballot via mail.

52. Again, these examples utilize *likely* voters, a conservative test. These numbers would be much larger if I was to utilize the number of registered voters – as only 59% of registered Indiana voters have cast ballots on average across the last four Presidential elections (Indiana Secretary of State 2020).

53. By any reasonable calculation, there are tens of thousands of Indiana voters that do not currently fit the criteria to be eligible for absentee voting.

54.     Among those that currently are unable to vote by mail, there are subgroups of Indiana voters more at risk from the coronavirus as documented above.

55.     Likewise, there are subgroups of Indiana voters more fearful of becoming infected. The most notable trend in public opinion toward the coronavirus is the growing partisan gap. Democrats remain more fearful of in-person gatherings. Republicans are becoming less fearful of large gatherings. This gap has doubled in the past month (Skelley 2020). Moreover, it is reasonable to suggest that public opinion will continue on this divergent track as political rhetoric grows further divisive and partisans follow party cues (Levendusky 2010). The partisan gap is noticeable and growing on support of social distancing and attending political rallies (Skelley 2020).

56.     Fear of becoming infected or someone you know will become infected also varies by gender, age, race, and population density (Quinnipiac University 2020). Others have found clear differences engaging in different leisure activities based on gender, age, and living in an urban area (Morning Consult 2020). In general, certain types of Indiana voters are more likely to be concerned about their health and currently do not have the option to cast a ballot by mail for the November General Election.

57.     In tandem with fear of the coronavirus, there is broad public support to allow any voter to vote by mail in November that chooses to (Pew 2020). This is widely supported (70%) but is also popular across races, ages, and levels of education. This is particularly popular with racial minorities and younger Americans (Pew 2020).

58.     Unlike any other election in modern history, voters who wish to fulfill their civic duty and vote in the November 3, 2020 General Election are likely to face unprecedented impediments to casting a vote in person due to the continued transmission of COVID-19, which

most public health experts believe will continue into the Fall, especially without a widely-available vaccine or effective treatment, neither of which is expected until 2021, at earliest. Voters who are now entitled to vote by mail under Ind. Code § 3-11-10-24(a) will be able to cast their ballot from the safety and security of their home. Voters such as Plaintiffs who are precluded from mailing in their ballot will be required to choose between protecting their health and safety and fulfilling their duty as citizens.

59.     This Declaration does not contain all my anticipated testimony in this matter.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalties of perjury that the foregoing is true and correct.

6/5/2020
Date

Gregory Shufeldt, Ph.D.

**References**

Alvarez, R.M., L.R. Atkeson, and T.E. Hall. 2012. *Confirming Elections: Creating Confidence and Integrity through Election Auditing*. New York: Palgrave Macmillan.

Alvarez, R.M., D. Beckett, and C. Stewart. 2011. "Voting Technology, Vote-by-Mail, and Residual Votes in California, 1990-2010." *Political Research Quarterly*, 66(3): 658-670.

Alvarez, R. M., T. E. Hall, and B. Sinclair. 2008. "Whose Absentee Votes are Returned and Counted: The Variety and Use of Absentee Ballots in California." *Electoral Studies*, 27(4):673–683

Arceneaux, K., T. Kousser, and M. Mullin. 2012. "Get Out the Vote-by-Mail? A Randomized

  Field Experiment Testing the Effect of Mobilization in Traditional and Vote-by-Mail

  Precincts." *Political Research Quarterly*, 65(4): 882-894.

Atkeson, L., & Saunders, K. 2007. "The Effect of Election Administration on Voter Confidence:

  A Local Matter?" *PS: Political Science & Politics*, 40(4), 655-660.

Atsusaka, Y., A. Menger, and R. Stein. 2019. "Compositional Effects of Vote By Mail Elections

  on Voter Turnout." Paper presented at the annual meeting of the Southern Political

  Science Association, April 2019.

Ballotpedia. 2020a. "All-mail voting." Accessed 18 May 2020 from https://ballotpedia.org/All-

  mail_voting

Ballotpedia. 2020b. "Voter Turnout in United States Elections." Accessed 21 May 2020 from

  https://ballotpedia.org/Voter_turnout_in_United_States_elections

Baringer, A., M. Herron, and D. Smith. 2020. "Voting by Mail and Ballot Rejection: Lessons

  from Florida for Elections in the Age of the Coronavirus." Working Paper. Accessed 24

  May 2020 from

  https://electionscience.clas.ufl.edu/files/2020/04/Baringer_Herron_Smith_VBM_FL.pdf

Barreto, M., C. Dunn, M. Latner, T. Rush, G. Sanchez, and S. Waknin. 2020. "Debunking the

  Myth of Voter Fraud in Mail Ballots." UCLA Latino Policy & Politics Initiative Voting

  Rights Project. Accessed 14 April 2020 from https://latino.ucla.edu/wp

  content/uploads/2020/04/LPPI-VRP-Voter-Fraud-res.pdf.

Bergman, E. and P. Yates. 2011. "Changing Election Methods: How Does Mandated Vote-By

  Mail Affect Individual Registrants." *Election Law Journal*, 10(2): 115-127.

Berinsky, A. 2005. "The Perverse Consequences of Electoral Reform in the United States."
American Politics Research, 33(4): 471-491.

Berinsky, A., N. Burns, and M. Traugott. 2001. "Who Votes By Mail?: A Dynamic Model of the
Individual-Level Consequences of Voting-By-Mail Systems." Public Opinion Quarterly,
65(2): 178-197.

Bonica, A., J. Grumbach, C. Hill, and H. Jefferson. 2020. "All-Mail Voting in Colorado
Increases Turnout and Reduces Turnout Inequality." Draft Working Paper.

Bowman, B. 2020. "Vote-By-Mail States Don't See the Rampant Fraud That Alarms Trump."
Roll Call. Accessed 21 May 2020 from https://www.rollcall.com/2020/04/16/vote-by
mail-states-dont-see-the-rampant-fraud-that-alarms-trump/.

Burden, B, D. Canon, K. Mayer, and D. Moynihan. 2014. "Election Laws, Mobilization, and
Turnout: Unanticipated Consequences of Election Reform." American Journal of \
Political Science, 58(1); 95-109.

Eberhard, K. 2020. "FAQ: Pandemic-Proof Elections with Vote By Mail." Sightline. Retrieved
on 20 May 2020 from https://www.sightline.org/2020/04/01/faq-pandemic-proof
elections-with-vote-by-mail/.

Eberhard, K. 2015. "Voter Suppression is Exorbitantly Expensive." Sightline. Retrieved 20 May
2020 from https://www.sightline.org/2015/03/25/voter-suppression-is-exorbitantly
expensive/.

Epstein, R. and S. Saul. 2020. "Does Vote-by-Mail Favor Democrats? No. It's a False Argument
by Trump." New York Times. 10 April 2020.
https://www.nytimes.com/2020/04/10/us/politics/vote-by-mail.html

Feldman, M. 2020. "Dirty Tricks: Eight Falsehoods that Could Undermine the 2020 Election." The Brennan Center. Accessed 23 May 2020 from https://www.brennancenter.org/our work/research-reports/dirty-tricks-eight-falsehoods-could-undermine-2020-election

Flavin, P. and G. Shufeldt. 2019. "Comparing Two Measures of Electoral Integrity in the American States." *State Politics & Policy Quarterly*, 19(1): 83-100.

Gerber, A., G. Huber, and S. Hill. 2013. "Identifying the Effect of All-Mail Elections on Turnout: Staggered Reform in the Evergreen State." *Political Science Research and Methods*, 1(1): 91-116.

Greene, S. and K. Ueyama. 2015. "Vote-By-Mail Rates More than Double Since 2000." Pew Research Center. 29 April 2015. https://www.pewtrusts.org/en/research-and analysis/blogs/stateline/2015/4/29/vote-by-mail-practices-more-than-double-since-2000

Gronke, P., E. Galanes-Rosenbaum, P. Miller, and D. Toffey. 2008. "Convenience Voting." *Annual Review of Political Science*, 11: 437-455.

Gronke, P., E. Galanes-Rosenbaum, and P. Miller. 2007. "Early Voting and Turnout." *PS: Political Science and Politics*, 40(4): 639-645.

Gronke, P. and P. Miller/ 2012. "Voting by Mail and Turnout in Oregon: Revisiting Southwell and Burchett." *American Politics Research*, 40(6): 976-997.

Hasen, R. 2020. *Election Meltdown: Dirty Tricks, Distrust, and the Threat to American Democracy*. New Haven: Yale University Press.

Hawkins, D. 2018. "The Cybersecurity 2020: How Colorado Became the Safest State to Cast a Vote." 10 May 2018. https://www.washingtonpost.com/news/powerpost/paloma/the cybersecurity-202/2018/05/10/the-cybersecurity-202-how-colorado-became-the-safest state-to-cast-a-vote/5af317c930fb042db5797427/

Henrickson, K. and E. Johnson. 2019. "Increasing Voter Participation by Altering the Costs and Stakes of Voting." *Social Science Quarterly*, 100(3): 869-884.

Huckfeldt, R., J. Morehouse Mendez, and T. Osborn. 2004. "Disagreement, Ambivalence, and Engagement: The Political Consequences of Heterogeneous Networks." *Political Psychology*, 25(1): 65-95.

Indiana Secretary of State. 2020. "Voter Registration and Turnout Statistics." Accessed 25 May 2020 from https://www.in.gov/sos/elections/2983.htm.

Karp, J. and S. Banducci. 2000. "Going Postal: How All-Mail Elections Influence Turnout." *Political Behavior*, 22(3): 223-239.

Karp, J. and S. Banducci. 2001. "Absentee Voting, Participation, and Mobilization." *American Politics Research*, 29(2): 183-195.

Kousser, T. and M. Mullin. 2007. "Does Voting By Mail Increase Participation? Using Matching to Analyze a Natural Experiment." *Political Analysis,* 15(4): 428-445.

Levendusky, M. 2010. "Clearer Cues, More Consistent Voters: A Benefit of Elite Polarization." *Political Behavior*, 32(1): 111-131.

Levitt, J. 2007. "The Truth about Voter Fraud." Available at SSRN: https://ssrn.com/abstract=1647224.

Li, Q., M. Pomante, and S. Schraufnagel. 2018. "Cost of Voting in the American States." *Election Law Journal*, 17(3): 234-247.

Mann, C. 2014. "Mail Ballots in the United States: Policy Choice and Administrative Challenges." In *The Measure of American Elections*, ed. Barry C. Burden, and Charles Stewart III. New York: Cambridge University Press pp. 113–140

Marble, W. 2017. "Mail Voting Reduces Ballot Roll-Off: Evidence from Washington State.

    Working Paper. Accessed 20 May 2020 from

    https://williammarble.co/docs/rolloff_vbm.pdf.

Matney, T.D. 2017. *Binary Democracy: Voter Confidence and Voting Technologies.*

    [Unpublished master's thesis]. University of Central Oklahoma.

McGhee, E., M. Romero, L. Daly, and T. Kousser. 2019. "New Electorate Study: How Did the

    Voter's Choice Act Affect Turnout in 2018?" Research Brief. Accessed 18 May 2020

    from https://uccs.ucdavis.edu/events/event-files-and

    images/ResearchBriefHowDidtheVCAAffectTurnoutin2018FINAL2.pdf

Menger, A., R. Stein, and G. Vonnahme. 2015. "Turnout Effects from Vote by Mail Elections."

    Conference on Election Administration and Reform. Paper presented at the Conference

    on New Trends in Election Administration, Massachusetts Institute of Technology,

    Cambridge, MA, June 2015.

Menger, A., R. Stein, and G. Vonnahme. 2018. "Reducing the Undervote with Vote by Mail."

    *American Politics Research*, 46(6): 1039-1064.

Menger, A. and R. Stein. 2020. "Choosing the Less Convenient Way to Vote: An Anomaly in

    Vote by Mail Elections." *Political Research Quarterly*, 73(1): 196-207.

Minnite, L. 2010. *The Myth of Voter Fraud*. Ithaca: Cornell University Press.

Morning Consult. 2020. "Tracking Consumer Comfort with Dining Out and Other Leisure

    Activities." 26 May 2020 from http://morningconsult.com/2020/05/22/tracking

    consumer-comfort-with-dining-out-and-other-leisure-activities/.

National Conference of State Legislatures. 2020a. "Voting Outside the Polling Place: Absentee,

   All-Mail, and other Voting at Home Options." Accessed 18 May 2020 from

   https://www.ncsl.org/research/elections-and-campaigns/absentee-and-early-voting.aspx.

National Conference of State Legislatures. 2020b. "Verification of Absentee Ballots." Accessed

   23 May 2020 from https://www.ncsl.org/research/elections-and-campaigns/verification

   of-absentee-ballots.aspx.

Norden, L., E. Howard, G. Ramachandran, E. Cortes, and D. Tisler. 2020. "Estimated Costs of

   Covid-19 Election Resiliency Measures." The Brennan Center. 18 April 2020 from

   https://www.brennancenter.org/our-work/research-reports/estimated-costs-covid-19

   election-resiliency-measures

Pew Charitable Trusts. 2016. "Colorado Voting Reforms: Early Results." Retrieved on 20 May

   2020 from https://www.pewtrusts.org//media/assets/2016/03/colorado

   votingreformsearlyresults.pdf

Pew Research Center. 2020. "Two-Thirds of Americans Expect Presidential Election Will Be

   Disrupted by COVID-19." 28 April 2020 from https://www.people

   press.org/2020/04/28/two-thirds-of-americans-expect-presidential-election-will-be

   disrupted-by-covid-19/

Putnam, R. 2000. *Bowling Alone: The Collapse and Revival of American Community*. New

   York: Simon & Schuster.

Quinnipiac University. 2020. "Biden Holds 11 Point Lead as Trump Approval On Coronavirus

   Dips, Quinnipiac University National Poll Finds; Almost Half Say Second Wave of

   Coronavirus 'Very Likely' in Fall." 20 May 2020 from

   https://poll.qu.edu/national/release-detail?ReleaseID=3661

Rakich, N. 2020. "Few States are Prepared to Switch to Voting By Mail. That Could Make for a

Messy Election. FiveThirtyEight. 27 April 2020 from

https://fivethirtyeight.com/features/few-states-are-prepared-to-switch-to-voting-by-mail

that-could-make-for-a-messy-election/.

Reedy, J., J. Gastil, and P. Moy. 2016. "From the Secret Ballot to the Public Vote: Examining

Voters' Experience of Political Discussion in Vote-by-Mail Elections." *Political*

*Communication*, 33(1): 39-58.

Richey, S. 2004. "Who Votes Alone? The Impact of Voting By Mail on Political Discussion."

*Australian Journal of Political Science*, 40(3): 435-442.

Richey, S. 2008. "Voting By Mail: Turnout and Institutional Reform in Oregon." *Social Science*

*Quarterly,* 89(4): 902-915.

Riker, W. and P. Ordeshook. 1963. "A Theory of the Calculus of Voting." *American Political*

*Science Review*, 62(1): 25-42.

Sances, M. and C. Stewart. 2015. "Partisanship and Confidence in the Vote Count:

Evidence from U.S. National Elections Since 2000." *Electoral Studies*, 40(1):176-188.

Saul, S. and R. Epstein. 2020. "Trump is Pushing a False Argument on Vote-by-Mail Fraud.

Here are the Facts." *New York Times*. 11 April 2020.

https://www.nytimes.com/article/mail-in-voting-explained.html

Sikich, C. 2020. "Unprecedented Half a Million Hoosiers to Vote by Mail." *The Indianapolis*

*Star*. 23 May 2020. https://www.indystar.com/story/news/politics/2020/05/22/roughly

half-million-hoosiers-vote-mail/5245587002/

Skelley, G. 2020. "The Gap Between Democrats and Republicans is Growing on the Coronavirus

   Crisis." FiveThirtyEight. 22 May 2020 from

   https://fivethirtyeight.com/features/democrats-and-republicans-are-increasingly-split-on

   the-coronavirus-crisis/

Southwell, P. 2004. "Five Years Later: A Re-Assessment of Oregon's Vote By Mail Electoral

   Process." *PS: Political Science & Politics*, 37(1): 89-93.

Southwell, P. 2009. "Analysis of the Turnout Effects of Vote By Mail Elections, 1980-2007."

   *The Social Science Journal*, 46(1): 211-217.

Southwell, P. and J. Burchett. 2000. "The Effect of All-Mail Elections on Voter Turnout."

   *American Politics Quarterly*, 28(1): 72-79.

State of Indiana. 2020. "2019 Novel Coronavirus (COVID-19)." Accessed 26 May 2020 from

   https://www.coronavirus.in.gov/.

Stewart, C. 2020. "Some Demographics on Voting by Mail." Research Brief. Accessed 18 May

   2020 from https://www.voteathome.org/wp-content/uploads/2020/03/MIT

   Demographics-on-Voting-by-Mail.pdf

Stewart, C., R.M. Alvarez, S. Pettigrew, and C. Wimpy. 2020. "Abstention, Protest, and Residual

   Votes in the 2016 Election." *Social Science Quarterly*, 101(2): 925-939.

Szarleta, E. 2019. "2019 Indiana Civic Health Index." National Conference on Citizenship>

   Accessed 21 May 2020 from

   https://www.ncoc.org/wpcontent/uploads/2019/11/INCHI_2019_Draft.pdf

Szewczyk, J. 2020. "Does Vote-by-Mail Cause Voters to Gather Information about Politics."

   Working Paper. Accessed 20 May 2020 from

   http://jamesszewczyk.com/VBM_Information.pdf

Thompson, D., J. Wu, J. Yoder, and A. Hall. 2020. "The Neutral Partisan Effects of Vote-by Mail: Evidence from County-Level Roll-Outs." Working Paper. *Democracy & Polarization Lab,* Stanford University. 6 May 2020.

U.S. Census. 2020a. "Quickfacts: Marion County, Indiana." Accessed 25 May 2020 from https://www.census.gov/quickfacts/marioncountyindiana.

U.S. Census. 2020b. "Quickfacts: Indiana" Accessed 25 May 2020 from https://www.census.gov/quickfacts/IN.

Vote at Home. 2020. "Safeguarding Equity in the Vote at Home (VAH) Model. National Vote at Home Institute. Accessed 18 May 2020 from https://www.voteathome.org/wp content/uploads/2020/04/Safeguards-for-Equity-in-the-VAH-Model.pdf

Weiser, W. and H. Ekeh. 2020. "The False Narrative of Vote-by-Mail Fraud." The Brennan Center. Accessed 21 May 2020 from https://www.brennancenter.org/our-work/analysis opinion/false-narrative-vote-mail-fraud.

# Exhibit A

# Gregory D. Shufeldt

Butler University
Department of Political Science
4600 Sunset Avenue, Jordan Hall 347 B
Indianapolis, IN 46208

gshufeld@butler.edu                    (317)-940-9571

## EDUCATION

| | |
|---|---|
| **Ph.D.** | Department of Political Science, University of Notre Dame |
| 2014 | Primary Field: American Politics, Second: Comparative Politics |
| | |
| **M.A.** | Department of Political Science, University of Notre Dame |
| 2011 | |
| | |
| **M.S.W.** | School of Social Service, Saint Louis University |
| 2005 | Emphasis: Community Social Work |
| | |
| **B.S.S.W.** | School of Social Service, Saint Louis University |
| 2004 | *Magna Cum Laude* |
| | Major: Social Work, Minor: Urban Affairs |

## ACADEMIC POSITIONS

| | |
|---|---|
| Assistant Professor | Butler University |
| | Department of Political Science (2016 – Current) |
| | |
| Assistant Professor | University of Arkansas at Little Rock |
| | Department of Political Science (2014 – 2016) |

## RESEARCH AND TEACHING INTERESTS

American Politics, State Politics, Political Parties, Political Inequality

## PUBLICATIONS

Williams, C. and **G. Shufeldt**. 2020. "How Identity Influences Public Attitudes Towards the US Federal Government: Lessons from the European Union." *Acta Politica*, forthcoming.

Flavin, P. and **G. Shufeldt.** 2020. "Explaining State Preemption of Local Laws: Political Institutional, and Demographic Factors." *Publius: The Journal of Federalism*, 50(2): 280-309.

Rosalyn Cooperman, R., K. Conger, **G. Shufeldt,** G. Layman, K.O. Kalkan, R. Herrera, and J. Green. 2019. "Group Commitment among U.S. Party Factions: A Perspective from Democratic and Republican National Convention Delegates." *American Politics Research*, forthcoming.

Flavin P. and **G. Shufeldt**. 2019. "Comparing Two Measures of Electoral Integrity in the American States." *State Politics & Policy Quarterly*, 19(1): 83-100.

Shufeldt, p. 2

**Shufeldt, G.** 2018. "Party-Group Ambivalence and Voter Loyalty: Results from Three Experiments." *American Politics Research*, 46(1): 132-168.

Flavin, P. and **G. Shufeldt**. 2017. "The State of the Minimum Wage: Federalism, Economic Policy, and Workers' Well-Being." *The Forum*, 15(1): 167-188.

Flavin, P. and **G Shufeldt**. 2016. "Party Competition and Citizens' Political Attitudes in the American States." *Electoral Studies*, 44: 235-244.

Radcliff, B. and **G. Shufeldt**. 2016. "Direct Democracy and Subjective Well-Being: The Initiative and Life Satisfaction in the American States." *Social Indicators Research,* 128(3): 1405-1423.

Flavin, P. and **G. Shufeldt.** 2016. "Labor Union Membership and Life Satisfaction in the United States." *Labor Studies Journal,* 41(2): 171-184.

Flavin, P. and **G. Shufeldt**. 2015. "State Party Competition and Citizens' Political Engagement." *Journal of Elections, Public Opinion, & Parties*, 25(4): 444-462.

Javeline, D. and **G. Shufeldt**.  2014*.* "Scientific Opinion in Policymaking: The Case of Climate Change Adaptation." *Policy Sciences,* 47(2):121-139.

Javeline, D., J. Hellman, R. Castro Cornejo, and **G. Shufeldt**.  2013. "Expert Opinion on Climate Change and Threats to Biodiversity." *BioScience,* 63(8): 666-673.

**Shufeldt, G.** and P. Flavin. 2012. "Two Distinct Concepts: Party Competition in Government and Electoral Competition in the American States." *State Politics and Policy Quarterly*, 12(3): 330-42.

Abram, F.Y., **G. Shufeldt**, and K. Rose. 2004. "Can Reverse Mission Internationalize Social Work Without the Hegemony of Religious, Social, or Intellectual Conversion?" *Social Work & Christianity*, 31(2): 136-161.

## NON-PEER-REVIEWED PUBLICATIONS

**Shufeldt, G.** 2017. "Trump tax plan hits Hoosiers hard." Opinion-editorial published in *The Journal Gazette*. 3 October 2017.

**Shufeldt, G.** 2017. "Hoosiers would lose in Trump tax plan." Opinion-editorial published in *The Times of Northwest Indiana*. 29 September 2017.

**Shufeldt, G.** 2017. "Trump tax reform a raw deal for Hoosiers." Opinion-editorial published in *The Tribune Star.* 29 September 2017.

**Shufeldt, G.** 2017. "Tax plan raw deal for Indiana." Opinion-editorial published in *The Kokomo Tribune*. 28 September 2017.

**Shufeldt, G.** 2017. "Trump tax reform a raw deal for Hoosiers." Opinion-editorial published in *The Herald Bulletin*. 28 September 2017.

**Shufeldt, G.** 2017. "Tax plan raw deal for Indiana: Most Hoosiers will see just $8 more a week." Opinion-editorial published in *The Rushville Republican.* 28 September 2017.

**Shufeldt, G.** 2017. "Tax plan raw deal for Indiana: Most Hoosiers will see just $8 more a week." Opinion-editorial published in *The Greensburg Daily News*. 28 September 2017.

**Shufeldt, G.** 2017. "Tax plan raw deal for Indiana: Most Hoosiers will see just $8 more a week." Opinion-editorial published in *The Flyer Group*. 28 September 2017.

**Shufeldt, G.** 2017. "Tax plan raw deal for Indiana: Most Hoosiers will see just $8 more a week." Opinion-editorial published in *News and Tribune*. 28 September 2017.

**Shufeldt, G.** 2017. "Trump's tax reform shortchanges Hoosiers." Opinion-editorial published in *NUVO*. 27 September 2017.

**Shufeldt, G**. and P. Flavin. 2017. "Why States Should Raise the Minimum Wage Right Now." Opinion-editorial published in *De Gruyter Conversations*. 21 September 2017.

**Shufeldt, G**. and P. Flavin. 2017. "Minimum Wage an Issue of Satisfaction: Workers happier when states raise it." Opinion-editorial published in the *Journal Gazette* (Fort Wayne, IN). 27 June 2017.

**Shufeldt, G**. and P. Flavin. 2017. "How to Make a Worker Happy? Give 'Em a Raise." Opinion-editorial published in *The Star Press* (Muncie, IN)*.* 10 June 2017.

**Shufeldt, G**. and P. Flavin. 2017. "Raises Make for Happy Workers." Opinion-editorial published in the *South Bend Tribune.* 9 June 2017.

**Shufeldt, G**. and P. Flavin. 2017. "Raising Minimum wage Makes Happier Populace." Opinion-editorial published in *The Times of Northwest Indiana.* 8 June 2017.

**Shufeldt, G**. and P. Flavin. 2016. "Benefits of a boost: Rise more than dollars and cents." Opinion-editorial published in the *Arkansas Democrat-Gazette*, 18 April 2016.

Flavin, P., A. Pacek, B. Radcliff, and **G. Shufeldt.** 2015. "Unhappy pursuit: Right-to-work laws imperil joy." Opinion-editorial published in the *Arkansas Democrat Gazette*, 15 May 2015.

**Shufeldt, G.** 2014. "Mark Pryor makes the last stand for Democrats as Arkansas cements itself as a true red state." Article appeared in The London School of Economics and Political Science's United States American Politics and Policy Blog." 27 October 2014.

**Shufeldt, G.** 2014. "The power of state: Policy decisions can help, hurt." Opinion-editorial published in the *Arkansas Democrat Gazette*, 6 October 2014.

**Shufeldt, G.** 2008. "Campaign Worker." In *101 Careers in Social Work*, eds. J. Ritter, H. Vakalahi, and M. Kiernan-Stern.  New York: Springer Publishing Company, p. 200.

WORKING PAPERS

"Teaching Hamilton: A Team-Taught, Interdisciplinary Honors Course." Paper with Rusty Jones.

"The Political Roots of Variation in the Gender Pay Gap in the American States." Paper with Claudia Vinci (undergraduate student).

"Prejudice among Party Elites: Party Convention Delegates and Intergroup Attitudes." Paper with Kerem Ozan Kalkan.

 "The Room Where it Happens: Party Activists and the 2016 Presidential Election." Paper with Rosalyn Cooperman and Kimberly Conger.

PROFESSIONAL PRESENTATIONS

Candidate Preferences, Electoral Context, and Delegate Attitudes in the 2016 Presidential Nomination" (with Caitlin Jewitt). Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2020. [Cancelled]

"The Room Where it Happens: Party Activists and the 2016 Presidential Election" (with Rosalyn Cooperman and Kimberly Conger). Paper presented at the annual meeting of the American Political Science Association in Washington, DC, August 2019.

"A Tale of Two CITLs: Cross-Discipline Collaboration to Promote Student Learning and Faculty Mentorship." (with Susan Adams). Poster presented at the Celebration of Innovations in Teaching and Learning in Indianapolis, IN, April 2019.

"When and Why Do States Preempt Local Policymaking?" (with Patrick Flavin), Paper presented at the annual meeting of the American Political Science Association in Boston, MA, September 2018.

"The World Was Wide Enough: Two Hams Teaching *Hamilton* and Live To Tell Their Story." (with Rusty Jones). Poster presented at the Celebration of Innovations in Teaching and Learning in Indianapolis, IN, April 2018.

"Party Convention Delegates, Policy Demanders, and the 2016 Election" (with Kimberly Conger, Rosalyn Cooperman, John Green, Richard Herrera, and Kerem Ozan Kalkan), Paper presented at the State of the Parties Conference held in Akron, OH, November 2017.

"State Electoral Integrity and Citizens' Perceptions of American Democracy" (with Patrick Flavin), Paper presented at the annual meeting of the American Political Science Association in San Francisco, CA. September 2017.

"State Electoral Integrity and Citizens' Perceptions of American Democracy." (with Patrick Flavin). Paper presented at the annual State Politics and Policy Conference in St. Louis, MO, June 2017.

"Crowdsourcing Research Methods." Poster presented at the Celebration of Innovations in Teaching and Learning in Indianapolis, IN, April 2017.

"Prejudice among Party Elites: Party Convention Delegates and Intergroup Attitudes." (with Kerem Ozan Kalkan). Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2017.

"Ameriskepticism? How Utilitarian Concerns and Identity Drive Attitudes Toward the Federal Government." (with Christopher J. Williams). Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2017.

"Prejudice among Party Elites: Party Convention Delegates and Intergroup Attitudes." (with Kerem Ozan Kalkan). Paper presented at the annual meeting of the Southern Political Science Association in New Orleans, LA, January 2017.

"The 'Nativ' Citizen: Political Attitudes, Outcomes and State Pride." (with Paul A. Crutcher). Paper presented at the annual meeting of the Arkansas Political Science Association in Monticello, AR in February 2016. *Paper received Best Faculty Paper Award.*

"Group Commitment among Republican Factions: A Perspective from National Convention Delegates." (with Kimberly Conger, Geoffrey Layman, Rosalyn Cooperman, John Green, Kerem Ozan Kalkan, and Richard Herrera). Paper presented at the annual meeting of the Southern Political Science Association in San Juan, PR, January 2016.

"Minimum Wage Increases and Workers' Well-Being." (with Patrick Flavin). Paper presented at the annual meeting of the Southern Political Science Association in San Juan, PR, January 2016.

"Office Seekers or Policy Demanders?" The Parties from the Perspective of National Convention Delegates." (with Kimberly Conger, Geoffrey Layman, Rosalyn Cooperman, John Green, Kerem Ozan Kalkan, and Richard Herrera). Paper presented at the Georgetown Merthan Conference on Political Activists in a Polarized Age in Washington, DC, March 2015.

"Party Competition and Citizens' Political Attitudes in the American States." (with Patrick Flavin). Paper presented at the annual meeting of the Arkansas Political Science Association in Conway, AR, February 2015.

"Party Competition and Citizens' Political Attitudes in the American States." (with Patrick Flavin). Paper presented at the annual meeting of the Southern Political Science Association in New Orleans, LA, January 2015.

"Demanding Policy: Purposive Goals and American Party Elites." (with Kimberly Conger, Geoffrey Layman, Rosalyn Cooperman, John Green, Kerem Ozan Kalkan, and Richard Herrera).

Paper presented at the annual meeting of the Southern Political Science Association in New Orleans, LA, January 2015.

"Between the Promise and Reality of Democracy as a Panacea for Well-Being: Assessing the Consequences of Direct Democracy on Life Satisfaction." (with Benjamin Radcliff). Paper presented at the German Institute for Japanese Studies international workshop. Tokyo, Japan, July 2014.

"Demanding Policy: Purposive Goals and American Party Elites." (with Kimberly Conger, Geoffrey Layman, Rosalyn Cooperman, John Green, Kerem Ozan Kalkan, and Richard Herrera). Paper presented at the annual meeting of the American Political Science Association in Washington, DC, September 2014.

"The Effects of Party Competition on Citizens' Political Engagement in the American States." (with Patrick Flavin).  Paper presented at the annual State Politics and Policy Conference in Bloomington, IN, May 2014.

"Income Inequality and Party Polarization in the Electorate." (with Anne Baker). Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2014.

"Political Identities and Voter Loyalty: Results from Two Experiments."  Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2014.

"Political Identities and Voter Loyalty: Results from An Experiment."  Paper presented during the Rooney Center for the Study of American Democracy's research workshop series at the University of Notre Dame, October 2013.

"Will Rogers and the 11[th] Commandment: Party Differences in Group Membership and Ideological Commitment."  Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2012.

"Party Building by Community Building: Results from Two Experiments." (with David Nickerson). Paper presented during the Rooney Center for the Study of American Democracy's research workshop series at the University of Notre Dame, February 2012.

"Will Rogers and the 11[th] Commandment: Party Differences in Group Membership and Ideological Commitment."  Poster presented at the annual meeting of the Southern Political Science Association in New Orleans, LA, January 2012.

"Reevaluating Two Measures of Inter-Party Competition in the American States."  (with Patrick Flavin).  Paper presented at the annual meeting of the Western Political Science Association in San Antonio, TX, April 2011.

"Reevaluating Two Measures of Inter-Party Competition in the American States."  (with Patrick Flavin).  Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2011.

"Levels of Democratization in the American States and State Welfare Policy." Paper presented at the annual meeting of the New England Political Science Association in Newport, RI, April 2010.

"Racial Inequality and Education Policy in the American States." (with Michael Hartney and Patrick Flavin). Paper presented at the annual meeting of the Midwest Political Science Association in Chicago, IL, April 2010.

"Racial Inequality and Education Policy in the American States." (with Michael Hartney and Patrick Flavin). Paper presented at the annual meeting of the New England Political Science Association in Newport, RI, April 2010.

"The Level of Democratization's Impact on Welfare Efforts in the American States." Paper presented during the Rooney Center for the Study of American Democracy's research workshop series at the University of Notre Dame, February 2010.

"Mission Impossible? No, mission-in reverse for International Social Work Education and Practice at Home." (with Faye Abram). Paper presented at the annual meeting of the National Association for Christians in Social Work Annual in Louisville, KY, October 2003.

TEACHING EXPERIENCE
**Department of Political Science, Butler University**
Introduction to U.S. Politics, Research and Analysis, Party Polarization in American Politics, State and Local Government and Politics, Alexander Hamilton: An American Revolutionary, The Presidency and the Congress, U.S. Parties and Politics, U.S. Presidential Nominations

**Department of Political Science, University of Arkansas at Little Rock**
American National Government, State and Local Government, American Political Parties, Presidential Nominations, and Internship Seminar

**Department of Political Science, University of Notre Dame**
Party Polarization in American Politics (Graduate Instructor), American Politics (Teaching Assistant), American Political Parties (Teaching Assistant), Religion in American Politics (Teaching Assistant), and Party Polarization in American Politics (Teaching Assistant)

**School of Social Service, St. Louis University**
Social Work Practice IV: Organizations and Communities (Assistant Adjunct Professor), Social Justice: Human Liberation and Community Building (Assistant Adjunct Professor), and Diversity & Anti-Oppression Practice (Teaching Assistant)

**Brown School of Social Work, Washington University in St. Louis**
Foundations of Social Work Practice II: Organizations & Communities (Assistant Adjunct Professor)

## HONORS AND AWARDS

**Butler University**
Dean's Award for Teaching, College of Liberal Arts and Sciences, Butler University, April 2019
Holcomb Award, Travel to Present Grant AY 2019-2020, Butler University, $864

Holcomb Award, Travel to Present Grant AY 2018-2019, Butler University, $1,000

Holcomb Award, Travel to Present Grant AY 2017-2018, Butler University, $1,000

Holcomb Award, Travel to Present Grant AY 2016-2017, Butler University, $780

**University of Arkansas at Little Rock**
Best Faculty Paper, Arkansas Political Science Association 2016 Annual Meeting

Southern Political Science Association Artinian Travel Award, $250

Presidential Studies Faculty Research Grant, University of Arkansas at Little Rock, $880

**University of Notre Dame**
State Politics and Policy Conference Student Travel Grant, $250

Outstanding Graduate Student Teacher, Kaneb Center for Teaching and Learning, 2012-2013

Graduate Student Professional Development Award, Institute for Scholarship in the Liberal Arts, Summer 2011

Joseph F. Downes Memorial Professional Development Award, Graduate School of the University of Notre Dame, Summer 2011

Outstanding Graduate Student Teaching Assistant, Kaneb Center for Teaching and Learning, 2010-2011

Rooney Center for the Study of American Democracy, 2011 ICPSR Summer Fellowship

Rooney Center for the Study of American Democracy, 2010 ICPSR Summer Fellowship

## ADDITIONAL RESEARCH AND TEACHING TRAINING

The 20th Century Presidency seminar, Council of Independent Colleges and The Gilder Lehrman Institute of American History, Summer 2017

Quality Matters Certification, American National Government online course offering, Fall 2015

Distinguished Teaching Fellow, Academy for Teaching and Learning Excellence, University of Arkansas at Little Rock, Fall 2014- Spring 2015

Service Learning Academy, University of Arkansas at Little Rock, Spring 2015

SafeZone Training, University of Arkansas at Little Rock, Spring 2015

Research Assistant, Benjamin Radcliff, Ph.D., University of Notre Dame, Summer 2014

Advanced Teaching Scholar, Kaneb Center for Teaching and Learning, University of Notre Dame, Fall 2013

Striving for Teaching Excellence Certificate. Kaneb Center for Teaching and Learning, University of Notre Dame, Spring 2012

Inter-University Consortium for Political and Social Research, Summer Program in Quantitative Methods of Social Research, Course: Network Analysis: An Introduction, Summer 2011

Research Assistant, Debra Javeline, Ph.D., Collaboratory for Adaptation to Climate Change, University of Notre Dame, Spring 2011-Summer 2011

Inter-University Consortium for Political and Social Research, Summer Program in Quantitative Methods of Social Research, Courses: Regression Analysis II, Maximum Likelihood Estimation, and Math for Social Science II (matrix algebra and calculus), Summer 2010

## UNIVERSITY AND DEPARTMENT SERVICE

**Butler University**

Faculty Sponsor, Dawgs Vote, 2019 – Present

Faculty Sponsor, Peace and Political Science Student Association, 2019 - Present

Member, President's Faculty Advisory Committee, 2018-2019

Social World Area Coordinator, Core Curriculum, 2018 - 2019

Faculty Senator, College of Liberal Arts & Science, 2017 - 2019

Faculty Advisory Committee, Butler Advance, 2017 - 2018

**University of Arkansas at Little Rock**

Search Committee for Comparative Politics Faculty, Department of Political Science, 2015

Summer Core Curriculum Planning Committee, College of Social Sciences and Communication, 2015

Master of Arts in Interdisciplinary Studies Assessment Committee, 2015-2016

Assessment Committee, College of Social Sciences and Communication, 2014-2016

Awards Committee (Chair), College of Social Sciences and Communication, 2014-2016

Elections Committee, Department of Political Science, 2014

Student Evaluations Committee, Department of Political Science, 2014-2016

Faculty Sponsor, Young Democrats of UALR, 2014-2016

**University of Notre Dame**
Student Representative, Search Committee for Tenure Track Methodology Position, Fall 2011

Vice President for Social Affairs, Political Science Graduate Student Organization, 2010 – 2011

First Year Student Representative. Political Science Graduate Student Organization, 2009 – 2010

PROFESSIONAL MEMBERSHIP AND SERVICE
Reviewer, *American Journal of Political Science, American Politics Research, Electoral Studies, Environmental Politics*, *Journal of Public Policy, Legislative Studies Quarterly, The Midsouth Political Science Review, Party Politics, Political Behavior, Political Research Quarterly, Publius: The Journal of Federalism, Social Indicators Research, The Social Science Journal, Social Science Research*, *State Politics and Policy Quarterly*, *World Development*

American Political Science Association, Member, 2010 – Present

Midwest Political Science Association, Member, 2011 - Present

Southern Political Science Association, Member, 2014 – 2016

Arkansas Political Science Association, Member, 2014 – 2016

At Large Member of Executive Board, Arkansas Political Science Association, 2015 – 2016

Women's Wage and Wealth Gap Advisory Panel, Indiana Institute for Working Families, Member, 2017

Status of Working Families in Indiana Advisory Panel, Indiana Institute for Working Families, Member, 2018

RELATED WORK EXPERIENCE
Worked in Missouri politics from 2003 – 2009.  More information available upon request

Updated 6/5/2020