UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY,<br>KATHARINE BLACK,<br>MARC BLACK,<br>SHELLY BROWN,<br>DAVID CARTER,<br>REBECCA GAINES,<br>JANICE JOHNSON,<br>ELIZABETH KMIECIAK,<br>CHAQUITTA MCCLEARY,<br>KATHERINE PAOLACCI,<br>DAVID SLIVKA,<br>DOMINIC TUMMINELLO,<br>INDIANA VOTE BY MAIL, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>PAUL OKESON,<br>S. ANTHONY LONG,<br>SUZANNAH WILSON OVERHOLT,<br>ZACHARY E. KLUTZ,<br>CONNIE LAWSON,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:20-cv-01271-JPH-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for a telephonic status conference on **June 18, 2020** at **3:30 p.m (Eastern)**. The purpose of the conference is to discuss a briefing schedule regarding the Motion for Preliminary Injunction, Dkt. [13]. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 6/9/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email