UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, <br> KATHARINE BLACK, <br> MARC BLACK, <br> SHELLY BROWN, <br> DAVID CARTER, <br> REBECCA GAINES, <br> JANICE JOHNSON, <br> ELIZABETH KMIECIAK, <br> CHAQUITTA MCCLEARY, <br> KATHERINE PAOLACCI, <br> DAVID SLIVKA, <br> DOMINIC TUMMINELLO, <br> INDIANA VOTE BY MAIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL OKESON, <br> S. ANTHONY LONG, <br> SUZANNAH WILSON OVERHOLT, <br> ZACHARY E. KLUTZ, <br> CONNIE LAWSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:20-cv-01271-JPH-DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PRELIMINARY INJUNCTION SCHEDULING ORDER**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by counsel telephonically for a telephonic status conference on June 18, 2020 pursuant to Rule 16 of the Federal Rules of Civil Procedure regarding the Plaintiffs' Motion for Preliminary Injunction, Dkt. [13]. The Court establishes the following schedule to prepare this matter for a hearing on that motion:

1. Discovery shall commence immediately.

2. The parties are to serve requests for production, along with any interrogatories or requests for admissions, focused upon the issues to be addressed in the parties' briefing, by no later than **June 24, 2020**. The parties shall fully respond to such discovery requests on or before **July 18, 2020**, including the production of any documents requested and the logging of any privileged or other documents withheld.

3. All discovery requests and responses pursuant to this order shall be served by electronic means with telephonic confirmation of receipt on or before the date due.

4. Each party may conduct no more than five depositions in preparation for briefing on the motion for preliminary injunction. Each such deposition shall last no more than seven hours. All such depositions shall be completed on or before **July 20, 2020**. The parties shall work together to ensure the scheduling of the depositions in compliance with this order.

5. On June 8, 2020, the Plaintiffs filed their Motion for Preliminary Injunction, Dkt. [13]. The Defendants shall file a response to the preliminary injunction motion by **July 24, 2020**. The Plaintiffs' reply is due on **July 31, 2020.**

6. Unless otherwise agreed by the parties or ordered by the Court, all electronically stored information will be produced in its native format.

7. In the event that a document protected by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection is unintentionally produced by any party to this proceeding, the producing party may

request that the document be returned. In the event that such a request is made, all parties to the litigation and their counsel shall promptly return all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies of the document or any documents derived from such document. The producing party shall promptly identify the returned document on a privilege log. The unintentional disclosure of a privileged or otherwise protected document shall not constitute a waiver of the privilege or protection with respect to that document or any other documents involving the same or similar subject matter.

8. If the required conference under Local Rule 37-1 does not resolve discovery issues that may arise, the parties will request a telephonic status conference with the Magistrate Judge prior to filing any disputed motion to compel or for a protective order. This paragraph does not apply to any nonparty discovery served.

So ORDERED.

Date: 6/22/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.