UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, | ) |
| KATHARINE BLACK, | ) |
| MARC BLACK, | ) |
| SHELLY BROWN, | ) |
| DAVID CARTER, | ) |
| REBECCA GAINES, | ) |
| JANICE JOHNSON, | ) |
| ELIZABETH KMIECIAK, | ) |
| CHAQUITTA MCCLEARY, | ) |
| KATHERINE PAOLACCI, | ) |
| DAVID SLIVKA, | ) |
| DOMINIC TUMMINELLO, | ) |
| INDIANA VOTE BY MAIL, INC., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:20-cv-01271-JPH-DLP |
| PAUL OKESON, | ) |
| S. ANTHONY LONG, | ) |
| SUZANNAH WILSON OVERHOLT, | ) |
| ZACHARY E. KLUTZ, | ) |
| CONNIE LAWSON, | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JUNE 29, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on June 29, 2020. The parties discussed the status of and future plans for discovery. The parties also discussed the telephonic Settlement Conference scheduled for July 14, 2020. The call was held and concluded.

Date: 6/30/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email