# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCREARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State,<br><br>Defendants. | Case No. 1:20-cv-01271-JPH-DLP |

## PLAINTIFFS' MOTION TO EXCUSE INDIVIDUAL PLAINTIFFS FROM PERSONAL ATTENDANCE AT JULY 14, 2020 TELEPHONIC SETTLEMENT CONFERENCE

Plaintiffs, Barbara Tully, Katharine Black, Marc Black, Shelly Brown, David Carter, Rebecca Gaines, Janice Johnson, Elizabeth Kmieciak, Chaquitta McCreary, Katherine Paolacci, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., by counsel, respectfully file their Motion to Excuse Individual Plaintiffs from Personal Attendance at the July 14, 2020 Telephonic Settlement Conference, and in support thereof, state as follows:

1. A telephonic settlement conference has been scheduled for July 14, 2020 at 10:00 a.m. E.D.T.

2.  Plaintiffs Katharine Black, Marc Black, Shelly Brown, David Carter, Rebecca Gaines, Janice Johnson, Elizabeth Kmieciak, Chaquitta McCreary, Katherine Paolacci, David Slivka and Dominic Tumminello have agreed to be represented at the settlement conference by, and bound by the decisions of, Plaintiff Barbara Tully. Ms. Tully can and will attend the settlement conference, and will also represent Indiana Vote by Mail, Inc. Thus, attendance of the other individual Plaintiffs would serve no purpose in facilitating settlement and would create unnecessary hardship and burden.

3.  The undersigned counsel, along with Ms. Tully, will attend the Settlement Conference.

WHEREFORE, Plaintiffs, Barbara Tully, Katharine Black, Marc Black, Shelly Brown, David Carter, Rebecca Gaines, Janice Johnson, Elizabeth Kmieciak, Chaquitta McCreary, Katherine Paolacci, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., respectfully request that this Court excuse the appearance of the above-mentioned Plaintiffs at the July 14, 2020 telephonic settlement conference and allow Barbara Tully, with full settlement authority and decision-making authority, to attend via telephone on their behalf; and all other proper relief.

Respectfully submitted,

*s/ William R. Groth*
William R. Groth
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN  46204
Tel: (317) 637-2345, Ext. 132
E-mail: WGroth@fdgtlaborlaw.com


*s/ Mark W. Sniderman*
Mark W. Sniderman
FINDLING PARK CONYERS
 WOODY & SNIDERMAN, P.C.
151 N. Delaware Street, Ste. 1520
Indianapolis, IN  46204
Tel: (317) 231-1100
E-mail: msniderman@findlingpark.com