**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCREARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-01271-JPH-DLP ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL OF PLAINTIFFS SHELLY BROWN, JANICE JOHNSON, AND KATHERINE PAOLACCI ONLY**

Plaintiffs, Barbara Tully, Katharine Black, Marc Black, Shelly Brown, David Carter, Rebecca Gaines, Janice Johnson, Elizabeth Kmieciak, Chaquitta McCreary, Katherine Paolacci, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., and Defendants, Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, Zachary E. Klutz, and Connie Lawson, by respective counsel, now file their stipulation of dismissal of Plaintiffs Shelly Brown, Janice Johnson, and Katherine Paolacci only, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party bearing their own costs and attorney fees.

Respectfully submitted,


*s/ Mark W. Sniderman*
Mark W. Sniderman
FINDLING PARK CONYERS
 WOODY & SNIDERMAN, P.C.
151 N. Delaware Street, Ste. 1520
Indianapolis, IN  46204
Tel: (317) 231-1100
E-mail: msniderman@findlingpark.com

*One of the attorneys for Plaintiffs*

*s/ Jefferson S. Garn*
Jefferson S. Garn
Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN  46204-2770
Phone: (317) 234-7119
Fax: (317) 232-7979
jefferson.garn@atg.in.gov

*One of the attorneys for Defendants*