UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHERINE BLACK, MARK BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State,<br><br>    Defendants. | Case No. 1:20-cv-01271-JPH-DLP |

**Unopposed Motion to Vacate Settlement Conference**

The defendants respectfully request that the Court vacate the settlement conference scheduled for July 22, 2020, stating the following in support:

1. The parties participated in a settlement conference for this case on July 14, 2020. The Court subsequently continued the conference to July 22, 2020. Dkt. 38.

2. While the parties may continue to discuss the possibility of settlement, at this point in the case, a continued settlement conference would not be the most efficient use of the Court's time, or that of the parties'.

3. Counsel for plaintiffs indicated on July 20, 2020, that the plaintiffs do not oppose vacating the continued settlement conference.

4. In the alternative, the defendants request that the settlement conference be converted to a status conference for counsel.

WHEREFORE, Defendants respectfully request that the settlement conference continued to July 22, 2020, be vacated.

        Respectfully submitted,

        Office of the Indiana Attorney General

        Jefferson S. Garn
        Attorney No. 29921-49
        Deputy Attorney General
        *Counsel for Defendants*

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 234-7119
Fax:   (317) 232-7979
Email: Jefferson.Garn@atg.in.gov

2