UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, ) | |
| KATHARINE BLACK, ) | |
| MARC BLACK, ) | |
| SHELLY BROWN, ) | |
| DAVID CARTER, ) | |
| REBECCA GAINES, ) | |
| JANICE JOHNSON, ) | |
| ELIZABETH KMIECIAK, ) | |
| CHAQUITTA MCCLEARY, ) | |
| KATHERINE PAOLACCI, ) | |
| DAVID SLIVKA, ) | |
| DOMINIC TUMMINELLO, ) | |
| INDIANA VOTE BY MAIL, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-01271-JPH-DLP |
| ) | |
| PAUL OKESON, ) | |
| S. ANTHONY LONG, ) | |
| SUZANNAH WILSON OVERHOLT, ) | |
| ZACHARY E. KLUTZ, ) | |
| CONNIE LAWSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the Unopposed Motion to Vacate Settlement Conference, Dkt. [39]. The Court, having considered the same and being duly advised, hereby **GRANTS** said motion. The telephonic settlement conference is **CONVERTED** to a telephonic status conference on **July 22, 2020** at **9:00 a.m. (Eastern).** Counsel shall attend the status conference by calling the designated

telephone number, to be provided by the Court via email generated by the Court's ECF system.

    So ORDERED.

Date: 7/21/2020

                                                            Doris L. Pryor
                                                            United States Magistrate Judge
                                                            Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email