**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

> The Court acknowledges the Stipulation of Dismissal, dkt. 36. The Clerk is DIRECTED to dismiss ONLY Shelly Brown, Janice Johnson, and Katherine Paolacci from the docket.
> JPH, 7/21/2020
> Distribution via ECF.

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCREARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br> Case No. 1:20-cv-01271-JPH-DLP |

**STIPULATION OF DISMISSAL OF PLAINTIFFS SHELLY BROWN, JANICE JOHNSON, AND KATHERINE PAOLACCI ONLY**

Plaintiffs, Barbara Tully, Katharine Black, Marc Black, Shelly Brown, David Carter, Rebecca Gaines, Janice Johnson, Elizabeth Kmieciak, Chaquitta McCreary, Katherine Paolacci, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., and Defendants, Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, Zachary E. Klutz, and Connie Lawson, by respective counsel, now file their stipulation of dismissal of Plaintiffs Shelly Brown, Janice Johnson, and Katherine Paolacci only, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party bearing their own costs and attorney fees.