UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, | ) |
| KATHARINE BLACK, | ) |
| MARC BLACK, | ) |
| SHELLY BROWN, | ) |
| DAVID CARTER, | ) |
| REBECCA GAINES, | ) |
| JANICE JOHNSON, | ) |
| ELIZABETH KMIECIAK, | ) |
| CHAQUITTA MCCLEARY, | ) |
| KATHERINE PAOLACCI, | ) |
| DAVID SLIVKA, | ) |
| DOMINIC TUMMINELLO, | ) |
| INDIANA VOTE BY MAIL, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:20-cv-01271-JPH-DLP |
| | ) |
| PAUL OKESON, | ) |
| S. ANTHONY LONG, | ) |
| SUZANNAH WILSON OVERHOLT, | ) |
| ZACHARY E. KLUTZ, | ) |
| CONNIE LAWSON, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JULY 22, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on July 22, 2020.

The parties discussed the status of the case.

This matter is scheduled for a telephonic status conference on **October 14, 2020** at **11:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 7/22/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email