UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 23 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

BARBARA TULLY, KATHERINE )
BLACK, MARC BLACK, DAVID )
CARTER, REBECCA GAINES, )
ELIZABETH KMIECIAK, CHAQUITTA )
MCCLEARY, DAVID SLIVKA, )
DOMINIC TUMMINELLO, and INDIANA )
VOTE BY MAIL, INC., individually, and )
on behalf of those similarly situated, )
                               )
        Plaintiffs, )
                               )
v.                               )    Cause No. 1:20-cv-01271-JPH-DLP
                               )
PAUL OKESON, S. ANTHONY LONG, )
SUZANNAH WILSON OVERHOLT, and )
ZACHARY E. KLUTZ, in their official )
Capacity as members of the Indiana )
Election Commission, and CONNIE )
LAWSON, in her official capacity as the )
Indiana Secretary of State, )
                               )
        Defendants. )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. Local Rule 83-6(a), **Bridget A. Clarke** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Disability Rights Education and Defense Fund, Inc.** (will file motion for leave to file a brief *amicus curiae*) in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): California, admitted in 1992.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to

other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 21, 2020

Respectfully submitted,

Bridget A. Clarke
456 Boynton Avenue
Berkeley, CA 94707
(510) 528-7755
baclarke@comcast.net

## CERTIFICATE OF SERVICE

I certify that on July 21, 2020 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington St.
Indianapolis, IN 46204-2770

William R. Groth
MACEY SWANSON LLP
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204

Bridget A. Clarke