UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BARBARA TULLY, KATHERINE )
BLACK, MARC BLACK, DAVID )
CARTER, REBECCA GAINES, )
ELIZABETH KMIECIAK, CHAQUITTA )
MCCLEARY, DAVID SLIVKA, )
DOMINIC TUMMINELLO, and INDIANA )
VOTE BY MAIL, INC., individually, and )
on behalf of those similarly situated, )
)
      Plaintiffs, )
)
v. ) Cause No. 1:20-cv-01271-JPH-DLP
)
PAUL OKESON, S. ANTHONY LONG, )
SUZANNAH WILSON OVERHOLT, and )
ZACHARY E. KLUTZ, in their official )
Capacity as members of the Indiana )
Election Commission, and CONNIE )
LAWSON, in her official capacity as the )
Indiana Secretary of State, )
)
      Defendants. )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Bridget A. Clarke**, counsel for **Disability Rights Education and Defense Fund, Inc.**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

/ /

/ /

/ /

/ /

/ /

Applicant's contact information should be entered as follows:

Bridget A. Clarke
456 Boynton Avenue
Berkeley, CA 94707
(510) 528-7755
baclarke@comcast.net


Dated: _____

_____
Doris L. Pryor
United States Magistrate Judge
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    Bridget A. Clarke