Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP070087
Cashier ID: ahossac
Transaction Date: 07/23/2020
Payer Name: BRIDGET ANNE CLARKE
---
PRO HAC VICE
 For: BRIDGET ANNE CLARKE
 Case/Party: D-INS-1-20-LB-000001-001
 Amount:        $100.00
---
PAPER CHECK CONV.  -  SCANNED
 Check/Money Order Num: 1423
 Amt Tendered:  $100.00
---
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:       $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53.00 fee
will be charged for a returned
check."