Firefox

https://www.fedex.com/shipping/html/en/PrintIFrame.html

ORIGIN ID:JEMA (510) 528-8200
ANDREW DHUEY
456 BOYNTON AVENUE

BERKELEY, CA 94707
UNITED STATES US

TO OFFICE OF THE CLERK
U.S. DIST. COURT - S.D. INDIANA
46 EAST OHIO STREET
ROOM 105
INDIANAPOLIS IN 46204
(317) 229-3703
REF:
DEPT:

SHIP DATE: 21JUL20
ACTWGT: 1.00 LB
CAD: 5481977/INET4280

BILL SENDER

INV:
PO:

TRK# 7710 5527 2676
0201

XH GSHA

WED - 22 JUL 3:00P
STANDARD OVERNIGHT

46204
IN-US  IND

FedEx Express

J202020070601uv    56BJ3/C6A6/B766

RECEIVED
JUL 22 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

RT 806 A
6
15:00
2676
07.22
FZ


