UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY,<br>KATHARINE BLACK,<br>MARC BLACK,<br>DAVID CARTER,<br>REBECCA GAINES,<br>ELIZABETH KMIECIAK,<br>CHAQUITTA MCCLEARY,<br>DAVID SLIVKA,<br>DOMINIC TUMMINELLO,<br>INDIANA VOTE BY MAIL, INC.,<br><br>            Plaintiffs,<br><br>            v.<br><br>PAUL OKESON,<br>S. ANTHONY LONG,<br>SUZANNAH WILSON OVERHOLT,<br>ZACHARY E. KLUTZ,<br>CONNIE LAWSON,<br><br>            Defendants. | No. 1:20-cv-01271-JPH-DLP |

## ORDER

This matter has come before the Court on motion of Jed W. Glickstein of Mayer Brown LLP seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Plaintiffs in the above-styled cause only, Dkt. [45]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Jed W. Glickstein
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 701-8704

jglickstein@mayerbrown.com

**Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.**

So ORDERED.

Date: 7/28/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Jed W. Glickstein
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606