UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, ) | |
| KATHARINE BLACK, ) | |
| MARC BLACK, ) | |
| DAVID CARTER, ) | |
| REBECCA GAINES, ) | |
| ELIZABETH KMIECIAK, ) | |
| CHAQUITTA MCCLEARY, ) | |
| DAVID SLIVKA, ) | |
| DOMINIC TUMMINELLO, ) | |
| INDIANA VOTE BY MAIL, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-01271-JPH-DLP |
| ) | |
| PAUL OKESON, ) | |
| S. ANTHONY LONG, ) | |
| SUZANNAH WILSON OVERHOLT, ) | |
| ZACHARY E. KLUTZ, ) | |
| CONNIE LAWSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter has come before the Court on motion of Bridget A. Clarke of the Disability Rights Education and Defense Fund, Inc. seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Amicus Party, Disability Rights Education and Defense Fund, Inc. in the above-styled cause only, Dkt. [54]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Bridget A. Clarke
456 Boynton Avenue

Berkeley, CA 94707
Tel: (510) 528-7755
baclarke@comcast.net

**Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.**

Additionally, the Clerk is instructed to add to the docket Disability Rights Education and Defense Fund, Inc. as an Amicus Party.

So ORDERED.

Date: 8/6/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Bridget A. Clarke
456 Boynton Avenue
Berkeley, CA 94707