**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

BARBARA TULLY, KATHARINE BLACK, )
MARC BLACK, DAVID CARTER, REBECCA )
GAINES, ELIZABETH KMIECIAK, )
CHAQUITTA MCCLEARY, DAVID SLIVKA, )
DOMINIC TUMMINELLO, and )
INDIANA VOTE BY MAIL, INC., individually, )
and on behalf of those similarly situated, )
 )
    Plaintiffs-Appellants, )
 )
 -vs- ) Case No. 1:20-cv-01271-JPH-DLP
 )
PAUL OKESON, S. ANTHONY LONG, )
SUZANNAH WILSON OVERHOLT, and )
ZACHARY E. KLUTZ, in their official )
capacity as members of the Indiana )
Election Commission, and )
CONNIE LAWSON, in her official )
capacity as the Indiana Secretary of State, )
 )
    Defendants-Appellees. )

**NOTICE OF APPEAL**

 Notice is hereby given that Barbara Tully, Katharine Black, Marc Black, David Carter, Rebecca

Gaines, Elizabeth Kmieciak, Chaquitta McCleary, David Slivka, Dominic Tumminello, and Indiana Vote

By Mail, Inc., Plaintiffs in the above-mentioned case, hereby appeal to the United States Court of Appeals

for the Seventh Circuit from an order denying Plaintiffs' motion for a preliminary injunction, entered in

this action on August 21, 2020. *See* Dkt. 72. The court of appeals has jurisdiction over Plaintiffs' appeal

pursuant to 28 U.S.C. § 1292(a)(1).

 By this appeal, Plaintiffs request that the district court's order denying the motion for preliminary

injunction be reversed and vacated and that a preliminary injunction be entered.

Dated: August 24, 2020

Respectfully submitted,

Gary A. Isaac (*pro hac vice*)
Michael A. Scodro (*pro hac vice*)
Jeffrey M. Strauss (*pro hac vice*)
Brett E. Legner (*pro hac vice*)
Jed W. Glickstein (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email: gisaac@mayerbrown.com
Email : mscodro@mayerbrown.com
Email: jstrauss@mayerbrown.com
Email: blegner@mayerbrown.com
Email: jglickstein@mayerbrown.com

     *Of Counsel*

*s/ William R. Groth*
William R. Groth, Of Counsel
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN 46204
Tel: (317) 637-2345, Ext. 132
Email: WGroth@fdgtlaborlaw.com

*s/ Mark W. Sniderman*
Mark W. Sniderman, 26599-49
FINDLING PARK CONYERS WOODY
& SNIDERMAN, P.C.
151 N. Delaware Street, Ste. 1520
Indianapolis, IN 46204
(317) 231-1100 Tel
(317) 231-1106 Fax
Email: msniderman@findlingpark.com

     *Counsel for Plaintiffs*