# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, DAVID CARTER, REBECCA GAINES, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated, <br><br>        Plaintiffs-Appellants, <br><br>-vs- <br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State, <br><br>        Defendants-Appellees. | Case No. 1:20-cv-01271-JPH-DLP |

## JOINT STATUS REPORT

Plaintiffs, Barbara Tully, Katharine Black, Marc Black, David Carter, Rebecca Gaines, Elizabeth Kmieciak, Chaquitta McCleary, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., and Defendants, Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, Zachary E. Klutz, and Connie Lawson, by their respective counsel, submit this joint status report, pursuant to the Court's Order Denying Plaintiffs' Motion For Preliminary Injunction (the "Order"). [Dkt. 72 at 18.] As of this date, the parties report:

    1.    Plaintiffs filed their Notice of Appeal of the Court's Order in this Court on August 24, 2020. [Dkt. 73.]

2. On August 25, 2020, Plaintiffs filed their opening merits brief, as well as a Motion to Expedite Appeal, or in the Alternative, for an Injunction Pending Appeal (the "Motion to Expedite"), in the Seventh Circuit. On August 26, 2020, the Seventh Circuit entered an Order requiring Defendants to file a response to the Motion to Expedite at by August 31, 2020.

Dated: August 28, 2020

Gary A. Isaac (*pro hac vice*)
Michael A. Scodro (*pro hac vice*)
Jeffrey M. Strauss (*pro hac vice*)
Brett E. Legner (*pro hac vice*)
Jed W. Glickstein (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email: gisaac@mayerbrown.com
Email : mscodro@mayerbrown.com
Email: jstrauss@mayerbrown.com
Email: blegner@mayerbrown.com
Email: jglickstein@mayerbrown.com

*Of Counsel*

Respectfully submitted,

*s/ William R. Groth*
William R. Groth, Of Counsel
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN 46204
Tel: (317) 637-2345, Ext. 132
Email: WGroth@fdgtlaborlaw.com

*s/ Mark W. Sniderman*
Mark W. Sniderman, 26599-49
FINDLING PARK CONYERS WOODY
& SNIDERMAN, P.C.
151 N. Delaware Street, Ste. 1520
Indianapolis, IN 46204
(317) 231-1100 Tel
(317) 231-1106 Fax
Email: msniderman@findlingpark.com

*Counsel for Plaintiffs*

*s/Jefferson S. Garn*
Jefferson S. Garn Attorney No. 29921-49
Deputy Attorney General
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor 302
West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov

*Counsel for Defendants*