## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, DAVID CARTER, REBECCA GAINES, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated,<br><br>　　　　　Plaintiffs-Appellants,<br><br>　-vs-<br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State,<br><br>　　　　　Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-01271-JPH-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STATEMENT OF POSITION**

Plaintiffs, Barbara Tully, Katharine Black, Marc Black, David Carter, Rebecca Gaines, Elizabeth Kmieciak, Chaquitta McCreary, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., by counsel, hereby file their Statement of Position, pursuant to S.D. Ind. L.R. 16-2, and state as follows:

　　1.　　On October 28, 2020, mandate issued, and this matter was remanded by the Seventh Circuit Court of Appeals to this Court for further proceedings. [Dkt. 84.]

　　2.　　This Court has already set a status conference for December 3, 2020, at 1:00 p.m., E.S.T. [Dkt. 83.] Plaintiffs believe a status conference remains appropriate at this time but are still evaluating their options and anticipate being able to determine the need for further proceedings in this Court within thirty (30) days.

WHEREFORE, Plaintiffs, by counsel, file their Statement of Position.

Dated: November 18, 2020          Respectfully submitted,

                                        FINDLING PARK CONYERS WOODY
                                         &SNIDERMAN, P.C.


                                        *s/ Mark W. Sniderman*
                                        Mark W. Sniderman, 26599-49
                                        151 N. Delaware Street, Ste. 1520
                                        Indianapolis, IN 46204
                                        (317) 231-1100 Tel
                                        (317) 231-1106 Fax
                                        Email: msniderman@findlingpark.com

                                        *One of the Attorneys for Plaintiffs*