UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHERINE BLACK, MARK BLACK, SHELLY BROWN, DAVID CARTER, REBECCA GAINES, JANICE JOHNSON, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, KATHERINE PAOLACCI, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., individually, and on behalf of those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacity as members of the Indiana Election Commission, and CONNIE LAWSON, in her official capacity as the Indiana Secretary of State;<br><br>Defendants. | Case No.: 1:20-cv-01271-JPH-DLP |

**Defendants' Position Statement**

Defendants submit the following position statement in compliance with Southern District of Indiana Local Rule 16-2:

1. The Seventh Circuit on October 28, 2020, issued the mandate for its decision affirming this Court's denial of the plaintiffs' motion for a preliminary injunction.

2. Under Local Rule 16-2, "each party must file a statement of position as to what action the court should take in the case" after a case is remanded from the court of appeals. This Court has scheduled a status conference for December 3, 2020 [ECF 83], and the defendants agree that holding that status conference is the most appropriate action for the Court to take at this time.

WHEREFORE, Defendants, by counsel, submit this position statement to the Court.

Respectfully submitted,

Office of the Indiana Attorney General

Date: November 18, 2020   By:   Jefferson S. Garn
Deputy Attorney General
Attorney No. 29921-49

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov