UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, <br> KATHARINE BLACK, <br> MARC BLACK, <br> DAVID CARTER, <br> REBECCA GAINES, <br> ELIZABETH KMIECIAK, <br> CHAQUITTA MCCLEARY, <br> DAVID SLIVKA, <br> DOMINIC TUMMINELLO, <br> INDIANA VOTE BY MAIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL OKESON, <br> S. ANTHONY LONG, <br> SUZANNAH WILSON OVERHOLT, <br> ZACHARY E. KLUTZ, <br> CONNIE LAWSON, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> No. 1:20-cv-01271-JPH-DLP |
| DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC, <br><br> Amicus. | |
| COMMON CAUSE INDIANA, <br> INDIANA STATE CONFERENCE OF THE NAACP, <br><br> Miscellaneous. | |

**MINUTE ENTRY FOR DECEMBER 3, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on December 3, 2020.  The parties discussed the status of the case.

This matter is scheduled for a telephonic status conference on **January 12, 2021** at **9:00 a.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 12/3/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email