UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, <br> KATHARINE BLACK, <br> MARC BLACK, <br> DAVID CARTER, <br> REBECCA GAINES, <br> ELIZABETH KMIECIAK, <br> CHAQUITTA MCCLEARY, <br> DAVID SLIVKA, <br> DOMINIC TUMMINELLO, <br> INDIANA VOTE BY MAIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL OKESON, <br> S. ANTHONY LONG, <br> SUZANNAH WILSON OVERHOLT, <br> ZACHARY E. KLUTZ, <br> CONNIE LAWSON, <br><br> Defendants. <br><br> DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC, <br><br> Amicus. <br><br> COMMON CAUSE INDIANA, <br> INDIANA STATE CONFERENCE OF THE NAACP, <br><br> Miscellaneous. | No. 1:20-cv-01271-JPH-DLP |

**AMENDED SCHEDULING ORDER (TIME ONLY)**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

This matter is currently set for a telephonic Status Conference on **January 12, 2021** at **9:00 a.m.** The Court now changes the time to **2:30 p.m. (Eastern)** on that same date. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 1/6/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Michael Anthony Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606