UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, <br> KATHARINE BLACK, <br> MARC BLACK, <br> DAVID CARTER, <br> REBECCA GAINES, <br> ELIZABETH KMIECIAK, <br> CHAQUITTA MCCLEARY, <br> DAVID SLIVKA, <br> DOMINIC TUMMINELLO, <br> INDIANA VOTE BY MAIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL OKESON, <br> S. ANTHONY LONG, <br> SUZANNAH WILSON OVERHOLT, <br> ZACHARY E. KLUTZ, <br> CONNIE LAWSON, <br><br> Defendants. <br><br> DISABILITY RIGHTS EDUCATION AND <br> DEFENSE FUND, INC, <br><br> Amicus. <br><br> COMMON CAUSE INDIANA, <br> INDIANA STATE CONFERENCE OF THE <br> NAACP, <br><br> Miscellaneous. | No. 1:20-cv-01271-JPH-DLP |

**MINUTE ENTRY FOR JANUARY 12, 2021**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on January 12, 2021. The parties discussed the status of the case.

This matter is scheduled for a telephonic status conference on **March 15, 2021** at **3:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 1/14/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Michael Anthony Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606