UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, <br> KATHARINE BLACK, <br> MARC BLACK, <br> DAVID CARTER, <br> REBECCA GAINES, <br> ELIZABETH KMIECIAK, <br> CHAQUITTA MCCLEARY, <br> DAVID SLIVKA, <br> DOMINIC TUMMINELLO, <br> INDIANA VOTE BY MAIL, INC. <br> individually, and on behalf of those <br> similarly situated, <br><br>               Plaintiffs, <br><br>            v. <br><br> PAUL OKESON, <br> S. ANTHONY LONG, <br> SUZANNAH WILSON OVERHOLT, <br> ZACHARY E. KLUTZ in their official <br> capacity as members of the Indiana <br> Election Commission, <br> CONNIE LAWSON in her official capacity <br> as the Indiana Secretary of State, <br><br>               Defendants. <br><br> DISABILITY RIGHTS EDUCATION AND <br> DEFENSE FUND, INC, <br><br>               Amicus. | No. 1:20-cv-01271-JPH-DLP |

## ORDER

Plaintiffs have filed a motion to withdraw their motion for class certification that they filed June 16, 2020.  Dkt. [92].  That motion is **GRANTED**; the motion for class certification, dkt. [17], is **WITHDRAWN**.

**SO ORDERED.**

Date: 1/19/2021

                                          James Patrick Hanlon
                                          United States District Judge
                                          Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Bridget A. Clarke
baclarke@comcast.net

Thomas M. Fisher
INDIANA ATTORNEY GENERAL
tom.fisher@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Jed W. Glickstein
MAYER BROWN LLP
jglickstein@mayerbrown.com

William R. Groth
VLINK LAW FIRM LLC
wgroth@fdgtlaborlaw.com

Kian J. Hudson
INDIANA ATTORNEY GENERAL
kian.hudson@atg.in.gov

Gary A. Isaac
MAYER BROWN LLP
gisaac@mayerbrown.com

Brett E. Legner
MAYER BROWN LLP
blegner@mayerbrown.com

Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
parvinder.nijjar@atg.in.gov

Michael Anthony Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
msniderman@findlingpark.com

Jeffrey M. Strauss
MAYER BROWN LLP
jstrauss@mayerbrown.com