UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, | ) |
| KATHARINE BLACK, | ) |
| MARC BLACK, | ) |
| DAVID CARTER, | ) |
| REBECCA GAINES, | ) |
| ELIZABETH KMIECIAK, | ) |
| CHAQUITTA MCCLEARY, | ) |
| DAVID SLIVKA, | ) |
| DOMINIC TUMMINELLO, | ) |
| INDIANA VOTE BY MAIL, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:20-cv-01271-JPH-DLP |
| | ) |
| PAUL OKESON, | ) |
| S. ANTHONY LONG, | ) |
| SUZANNAH WILSON OVERHOLT, | ) |
| ZACHARY E. KLUTZ, | ) |
| CONNIE LAWSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Plaintiffs' Unopposed Motion to Stay Proceedings in the District Court, Dkt. [95]. The Court, being duly advised, hereby **GRANTS** said Motion. This matter is **STAYED** until any proceedings in the United States Supreme Court are resolved. The parties shall file a joint status report every 180 days.

So ORDERED.

Date: 3/19/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email