UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY, KATHARINE BLACK, MARC BLACK, DAVID CARTER, REBECCA GAINES, ELIZABETH KMIECIAK, CHAQUITTA MCCLEARY, DAVID SLIVKA, DOMINIC TUMMINELLO, and INDIANA VOTE BY MAIL, INC., <br><br> Plaintiffs, <br><br> -vs- <br><br> PAUL OKESON, KAREN CELESTINO-HORSEMAN, SUZANNAH WILSON OVERHOLT, and LITANY A. PYLE, in their official capacity as members of the Indiana Election Commission, and HOLLI SULLIVAN, in her official capacity as the Indiana Secretary of State, <br><br> Defendants. | Case No. 1:20-cv-01271-JPH-DLP |

**STIPULATION OF DISMISSAL OF PLAINTIFF ELIZABETH KMIECIAK ONLY**

Plaintiffs, Barbara Tully, Katharine Black, Marc Black, David Carter, Rebecca Gaines, Elizabeth Kmieciak, Chaquitta McCreary, David Slivka, Dominic Tumminello, and Indiana Vote By Mail, Inc., and Defendants, Paul Okeson, Karen Celestino-Horseman, Suzannah Wilson Overholt, Litany A. Pyle, and Holli Sullivan, by respective counsel, now file their stipulation of dismissal of Plaintiff Elizabeth Kmieciak only, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party bearing their own costs and attorney fees.

Respectfully submitted,

*s/ Mark W. Sniderman*
Mark W. Sniderman
FINDLING PARK CONYERS
 WOODY & SNIDERMAN, P.C.
151 N. Delaware Street, Ste. 1520

Indianapolis, IN  46204
(317) 231-1100
E-mail: msniderman@findlingpark.com

*One of the attorneys for Plaintiffs*


<u>s/ *Jefferson S. Garn* (by Mark W. Sniderman, with permission</u>
Jefferson S. Garn
Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN  46204-2770
Phone: (317) 234-7119
Fax: (317) 232-7979
jefferson.garn@atg.in.gov

*One of the attorneys for Defendants*