UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA TULLY,<br>KATHARINE BLACK,<br>MARC BLACK,<br>DAVID CARTER,<br>REBECCA GAINES,<br>CHAQUITTA MCCLEARY,<br>DAVID SLIVKA,<br>DOMINIC TUMMINELLO,<br>INDIANA VOTE BY MAIL, INC.<br>individually, and on behalf of those<br>similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>PAUL OKESON,<br>SUZANNAH OVERHOLT,<br>KAREN CELESTINO–HORSEMAN,<br>LITANY PYLE in their official capacity as<br>members of the Indiana Election<br>Commission,<br>HOLLI SULLIVAN in her official capacity<br>as the Indiana Secretary of State,<br><br>            Defendants. | No. 1:20-cv-01271-JPH-DLP |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by their complaint and this action is terminated.

Date: 9/29/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _Pam Pope_
Deputy Clerk, U.S. District Court

Distribution:

Thomas M. Fisher
INDIANA ATTORNEY GENERAL
tom.fisher@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Jed W. Glickstein
MAYER BROWN LLP
jglickstein@mayerbrown.com

William R. Groth
Vlink Law Firm, LLC
wgroth@fdgtlaborlaw.com

Gary A. Isaac
MAYER BROWN LLP
gisaac@mayerbrown.com

Brett E. Legner
MAYER BROWN LLP
blegner@mayerbrown.com

Michael Anthony Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
msniderman@findlingpark.com

Jeffrey M. Strauss
MAYER BROWN LLP
jstrauss@mayerbrown.com

Caryn Nieman Szyper
INDIANA ATTORNEY GENERAL
caryn.szyper@atg.in.gov